E. Lynn Schoenmann
Chapter 7 Trustee
35 Miller Ave #298
Mill Valley CA  94941-1903

Telephone:  (415) 362-0415
Facsimile:  (415) 362-0416

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| THE ZUERCHER TRUST OF 1999 | 12-32747 HLB |
| | **TRUSTEE'S SECOND INTERIM REPORT** |
| **Debtor(s)** | |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Second Interim Report, and declares as follows:

1.   INTRODUCTION. The petition commencing this case was filed on September 26, 2012, the undersigned was appointed Trustee on December 22, 2014, and the 11 U.S.C.§341(a) meeting was completed on March 26, 2015. The amount of the Trustee's bond is now Blanket.

2.   DISPOSITION OF ASSETS.  An accounting of the disposition of all property is attached hereto as U.S.T. FORM 1 (Individual Estate Property Record).

3.   RECEIPTS AND DISBURSEMENTS.  An itemized statement of the Trustee's receipts and disbursements showing total receipts of $7,870,628.99, disbursements of $5,038,297.81 and balance of funds on hand of $2,832,331.18, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements Record) together with bank statements and cancelled checks, if required by the Court.

4.   CLAIMS.  THE DISPOSITION OF CLAIMS IS ONGOING.

5.   TRUSTEE'S FEES AND EXPENSES.  Pursuant to 11 U.S.C. § 330(a), I am now requesting the total compensation of $235,291.79 and reimbursement of reasonable and necessary expenses incurred in the amount of $149.74 pursuant to my Application of Trustee for Compensation.

I have previously received $110,291.79 of the total interim compensation and $32.70 of the above total as interim reimbursement, and now request the additional sum of $125,000.00 as my second interim compensation and the additional sum of $117.04 as my second interim reimbursement of expense.

6.   Professional(s) Fees and Expenses: THERE ARE NO PROFESSIONAL'S FEES BEING REQUESTED AT THIS TIME.

7.   Attached as Exhibit A-1 is the Trustee's proposed distribution, which is provided for information purposes only.

8.   I certify that neither I nor any of the professionals listed above had been paid more than declared above or promised any compensation from any other source for services rendered in this case. Pursuant to Rule 2016, no payments have been made or promised to me for compensation in connection with this case and no agreement or understanding exists between me and any other entity for the sharing of compensation received or to be received for services in connection with this case.

I certify under penalty of perjury that the foregoing is true and correct and that I have no agreement of understanding, express or implied, with anyone whatsoever as to any division of fees in the above matter.

I request that the Court provide notice and an opportunity for a hearing under 11 U.S.C. §§ 330(a), 5021(b), and 503(b) and to thereafter award second interim compensation, reimbursement of expenses, administrative expenses and other payments as stated in this report.


DATE:   __May 10, 2017_____          __/s/ E. Lynn Schoenmann_____
                                          E. LYNN SCHOENMANN, Trustee

| Case Number: 12-32747    HLB | Page   1 | Date: May 10, 2017 |
|---|---|---|
| Debtor Name: THE ZUERCHER TRUST OF 1999 | | |

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | $2,832,331.18 |
| | E. LYNN SCHOENMANN COMPENSATION | Administrative | $235,291.79 | $110,291.79 | $125,000.00 | $125,000.00 | $2,707,331.18 |
| | E. LYNN SCHOENMANN EXPENSES | Administrative | $149.74 | $32.70 | $117.04 | $117.04 | $2,707,214.14 |
| | Bonding Company Payments SUM OF BONDING PAYMENTS | Administrative | $668.95 | $668.95 | $0.00 | $0.00 | $2,707,214.14 |
| | RASMI ZEIDAN Costs to Secure Property (e.g., cas | Administrative | $2,642.49 | $2,642.49 | $0.00 | $0.00 | $2,707,214.14 |
| | BACHECKI CROM & CO LLP Accountant for Trustee Fees (Other | Administrative | $67,080.50 | $67,080.50 | $0.00 | $0.00 | $2,707,214.14 |
| | BACHECKI CROM & CO LLP Accountant for Trustee Expenses (Ot | Administrative | $334.19 | $334.19 | $0.00 | $0.00 | $2,707,214.14 |
| | CROWELL & MORING LLP Attorney for Trustee Fees (Other Fi | Administrative | $694,613.00 | $694,613.00 | $0.00 | $0.00 | $2,707,214.14 |
| | CROWELL & MORING LLP Attorney for Trustee Expenses (Othe | Administrative | $16,070.40 | $16,070.40 | $0.00 | $0.00 | $2,707,214.14 |
| | THOMAS P JEREMISASSEN Other Professional Fees | Administrative | $3,011.50 | $3,011.50 | $0.00 | $0.00 | $2,707,214.14 |
| | BRUTZKUS GUBNER ROZANSKY SERROR Attorney for Trustee Fees (Trustee | Administrative | $150,069.50 | $150,069.50 | $0.00 | $0.00 | $2,707,214.14 |
| | BRUTZKUS GUBNER ROZANSKY SEROR Attorney for Trustee Expenses (Trus | Administrative | $3,429.10 | $3,429.10 | $0.00 | $0.00 | $2,707,214.14 |
| 000028 | CITY/COUNTY OF SF Other State or Local Taxes (post-pe | Administrative | $25,544.53 | $25,544.53 | $0.00 | $0.00 | $2,707,214.14 |
| ASSET 12 | ARA PACIFIC/ MADISON PARTNERS Realtor for Trustee Fees (Real Esta | Administrative | $93,000.00 | $93,000.00 | $0.00 | $0.00 | $2,707,214.14 |
| ASSET 12 | WEM PACIFIC INVESTMENT INC Realtor for Trustee Fees (Real Esta | Administrative | $93,000.00 | $93,000.00 | $0.00 | $0.00 | $2,707,214.14 |
| ASSET 12 | OLD REPUBLIC TITLE CO Closing Costs from Sale of Property | Administrative | $1,693.32 | $1,693.32 | $0.00 | $0.00 | $2,707,214.14 |
| ASSET16 | BNNJ REAL ESTATE SERVICES Realtor for Trustee Fees (Real Esta | Administrative | $117,250.00 | $117,250.00 | $0.00 | $0.00 | $2,707,214.14 |
| ASSET16 | PROPERTY MANAGEMENT SYSTEMS Realtor for Trustee Fees (Real Esta | Administrative | $117,250.00 | $117,250.00 | $0.00 | $0.00 | $2,707,214.14 |

Case: 12-32747    Doc# 959    Filed: 05/10/17    Entered: 05/10/17 11:59:17    Page 3 of 23

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| ASSET16 | NORTH AMERICAN TITLE CO INC | Administrative | $26,575.74 | $26,575.74 | $0.00 | $0.00 | $2,707,214.14 |
| | Closing Costs from Sale of Property | | | | | | |
| FEES | BANK SERVICE FEES | Administrative | $50,831.00 | $50,831.00 | $0.00 | $0.00 | $2,707,214.14 |
| | Chapter 7 Operating Expenses (inclu | | | | | | |
| **Subtotals For Administrative** | | **100.00000 %** | **$1,698,505.75** | **$1,573,388.71** | **$125,117.04** | **$125,117.04** | |
| | WIN WIN ALEXANDRIA UNION LLC | Admin Ch. 11 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $2,707,214.14 |
| | Other Operating Expenses (includes | | | | | | |
| | MATTHEW C SHERIDAN | Admin Ch. 11 | $7,125.00 | $7,125.00 | $0.00 | $0.00 | $2,707,214.14 |
| | Attorney for Trustee/D-I-P Fees (Ot | | | | | | |
| | THOMAS P JEREMISASSEN | Admin Ch. 11 | $39,091.50 | $39,091.50 | $0.00 | $0.00 | $2,707,214.14 |
| | Other Professional Fees (Chapter 11 | | | | | | |
| 000022 | PETER S KRAVITZ, CHAPTER 11 TRUSTEE | Admin Ch. 11 | $30,975.69 | $30,975.69 | $0.00 | $0.00 | $2,707,214.14 |
| | Trustee Compensation (Chapter 11) | | | | | | |
| 000023 A | EZRA BRUTZKUS GUBNER LLP | Admin Ch. 11 | $1,200,391.90 | $1,200,391.90 | $0.00 | $0.00 | $2,707,214.14 |
| | Attorney for Trustee/D-I-P Fees (Ot | | | | | | |
| 000023 B | EZRA BRUTZKUS GUBNER LLP | Admin Ch. 11 | $37,957.27 | $37,957.27 | $0.00 | $0.00 | $2,707,214.14 |
| | Attorney for Trustee/D-I-P Expenses | | | | | | |
| 000026 | COLEMAN FROST LLP | Admin Ch. 11 | $207,442.35 | $207,442.35 | $0.00 | $0.00 | $2,707,214.14 |
| | Attorney for Trustee/D-I-P Fees (Ot | | | | | | |
| **Subtotals For Admin Ch. 11** | | **100.00000 %** | **$1,572,983.71** | **$1,572,983.71** | **$0.00** | **$0.00** | |
| 000001 | MICHAEL E GRODSKY | Unsecured | $312,940.00 | $0.00 | $312,940.00 | $62,953.72 | $2,644,260.42 |
| | General Unsecured 726(a)(2) | | | | | | |
| 000002 | LION BROWNSTONE LLC | Unsecured | $3,300,795.00 | $0.00 | $3,300,795.00 | $664,016.52 | $1,980,243.90 |
| | General Unsecured 726(a)(2) | | | | | | |
| 000004 | DERRICK ARNOLD & MICHAEL MACKLIN | Unsecured | $12,862.95 | $0.00 | $12,862.95 | $2,587.62 | $1,977,656.28 |
| | General Unsecured 726(a)(2) | | | | | | |
| 000005 | JANET LEFFLER & MICHAEL CHESTER | Unsecured | $10,024.58 | $0.00 | $10,024.58 | $2,016.64 | $1,975,639.64 |
| | General Unsecured 726(a)(2) | | | | | | |
| 000006 | KEVIN WASHINGTON | Unsecured | $2,129.86 | $0.00 | $2,129.86 | $428.46 | $1,975,211.18 |
| | General Unsecured 726(a)(2) | | | | | | |
| 000007 | RUSS DEMARCO | Unsecured | $5,280.90 | $0.00 | $5,280.90 | $1,062.35 | $1,974,148.83 |
| | General Unsecured 726(a)(2) | | | | | | |
| 000008 | DEMETRICK MURAG & KAREN WIKE | Unsecured | $6,344.25 | $0.00 | $6,344.25 | $1,276.26 | $1,972,872.57 |
| | General Unsecured 726(a)(2) | | | | | | |

Case: 12-32747    Doc# 959    Filed: 05/10/17    Entered: 05/10/17 11:59:17    Page 4 of 23

Case Number: 12-32747      HLB                    Page   3                                    Date: May 10, 2017
Debtor Name: THE ZUERCHER TRUST OF 1999

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| 000009 | FRANKLIN NOLASCO<br>General Unsecured 726(a)(2) | Unsecured | $8,869.59 | $0.00 | $8,869.59 | $1,784.29 | $1,971,088.28 |
| 000010 | NIVEN AND SMITH<br>General Unsecured 726(a)(2) | Unsecured | $11,980.17 | $0.00 | $11,980.17 | $2,410.03 | $1,968,678.25 |
| 000011 | ALLEN HYMAN<br>General Unsecured 726(a)(2) | Unsecured | $144,936.86 | $0.00 | $144,936.86 | $29,156.76 | $1,939,521.49 |
| 000012 | WIN WIN ALEXANDRIA<br>UNION LLC<br>General Unsecured 726(a)(2) | Unsecured | $5,200,000.00 | $0.00 | $5,200,000.00 | $1,046,077.06 | $893,444.43 |
| 000013 | LAW FIRM OF HAROLD<br>GREENBERG<br>General Unsecured 726(a)(2) | Unsecured | $28,000.00 | $0.00 | $28,000.00 | $5,632.72 | $887,811.71 |
| 000014-A | DANIEL J BRAMZON<br>General Unsecured 726(a)(2) | Unsecured | $500,000.00 | $0.00 | $500,000.00 | $100,584.33 | $787,227.38 |
| 000015-2 | LUSCUTOFF, LENDORMY &<br>ASSOCIATES<br>General Unsecured 726(a)(2) | Unsecured | $634,000.00 | $0.00 | $634,000.00 | $127,540.93 | $659,686.45 |
| 000017 | LOS ANGELES COUNTY DEPT<br>General Unsecured 726(a)(2) | Unsecured | $21,887.65 | $0.00 | $21,887.65 | $0.00 | $659,686.45 |
| 000018 | LOS ANGELES FIRE<br>DEPARTMENT<br>General Unsecured 726(a)(2) | Unsecured | $10,102.60 | $0.00 | $10,102.60 | $0.00 | $659,686.45 |
| 000019 | LOS ANGELES FIRE<br>DEPARTMENT<br>General Unsecured 726(a)(2) | Unsecured | $52,755.98 | $0.00 | $52,755.98 | $0.00 | $659,686.45 |
| 000020 | CERTAIN UNDERWRITERS AT<br>LLOYDS, LONDON<br>General Unsecured 726(a)(2) | Unsecured | $1,000,000.00 | $0.00 | $1,000,000.00 | $201,168.67 | $458,517.78 |
| 000021 | LAW OFFICES OF GEORGE P<br>ESHOO<br>General Unsecured 726(a)(2) | Unsecured | $42,341.46 | $0.00 | $42,341.46 | $8,517.78 | $450,000.00 |
| 000024 | BRADLEY KASS ESQ<br>General Unsecured 726(a)(2) | Unsecured | $51,799.36 | $0.00 | $51,799.36 | $0.00 | $450,000.00 |
| 000025 | MONICA HUJAZI<br>General Unsecured 726(a)(2) | Unsecured | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $450,000.00 |
| 000014-B | DANIEL J BRAMZON<br>Subordinated General Unsecured (Equ | Unsecured | $18,400,000.00 | $0.00 | $18,400,000.00 | $0.00 | $450,000.00 |
| **Subtotals For Unsecured** | | **7.57275 %** | **$29,807,051.21** | **$0.00** | **$29,807,051.21** | **$2,257,214.14** | |
| 000003 | LOS ANGELES COUNTY<br>TREASURER: WITHDRAWN<br>Real Estate-Consensual Liens (mortg | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $450,000.00 |

Case: 12-32747   Doc# 959   Filed: 05/10/17   Entered: 05/10/17 11:59:17   Page 5 of 23

# PROPOSED DISTRIBUTION

Case Number: 12-32747    HLB                  Page  4                      Date: May 10, 2017
Debtor Name: THE ZUERCHER TRUST OF 1999

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| 000016-2 | CITY AND COUNTY OF SAN FRANCISCO | Secured | $22,310.16 | $0.00 | $22,310.16 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| 000027 | ALEXA VALLES | Secured | $4,395.00 | $0.00 | $4,395.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | SEQUOIA MORTGAGE CAPITAL INC | Secured | $1,322,590.38 | $1,322,590.38 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | REAL ESTATE TAXES: STATE ST | Secured | $22,098.77 | $22,098.77 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | FRANCHISE TAX BOARD/ STATE ST | Secured | $103,230.00 | $103,230.00 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | LIEN PAYMENTS MOVED TO LOT #01 & #18 | Secured | $2,501.50 | $2,501.50 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | SECURITY DEPOSIT/ STATE ST | Secured | $6,425.00 | $6,425.00 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | PUC LIEN TO SF WATER POWER SEWER | Secured | $13,380.44 | $13,380.44 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | STERLING HEATLEY | Secured | $164,750.26 | $164,750.26 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET 12 | SF COUNTY TAX COLLECTOR | Secured | $9,168.37 | $9,168.37 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| ASSET16 | VARIOUS TAXES IN SALE OF MLK JR WAY | Secured | $247,780.67 | $247,780.67 | $0.00 | $0.00 | $450,000.00 |
| | Real Estate-Consensal Liens (mortg | | | | | | |
| **Subtotals For Secured** | | **98.60811 %** | **$1,918,630.55** | **$1,891,925.39** | **$26,705.16** | **$0.00** | |

PROPDIS6
Printed: 05/10/17 11:59:59 AM   Ver: 19.06c

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-----------|---------------|-------------|--------------|--------------|----------------|
| **<< Totals >>** | | | **$34,997,171.22** | **$5,038,297.81** | **$29,958,873.41** | **$2,382,331.18** | **$450,000.00** |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Case No: 12-32747   HLB   Judge: HANNAH L BLUMENSTIEL

Case Name: THE ZUERCHER TRUST OF 1999

For Period Ending: 05/10/17

Trustee Name: E. LYNN SCHOENMANN

Date Filed (f) or Converted (c): 12/18/14 (c)

341(a) Meeting Date: 01/23/15

Claims Bar Date: 04/23/15

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 2400 BAYSHORE BLVD WELLS FARGO BANK ACCT | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. STERLING HEATLEY INSURANCE POLICY ON BAYSHORE BUILDING | 4,000,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. 100% MEMBERSHIP INTEREST IN NORTH OXFORD BRIGHT HORIZONS GROUP LLC | 330,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. NORTHWESTERN MUTUAL INSURANCE ACCOUNT | 66,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 14 REFRIGERATORS, 14 STOVES, 2 LADDERS | 14,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 10-15 STOVES, REFRIGERATORS, SECURITY CAMERA | 20,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 30 REFRIGERATORS AND STOVES, SECURITY CAMERAS | 20,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. RENT: 2400-2424 BAYSHORE BLVD (u) | 0.00 | 22,085.02 | | 22,085.02 | FA | 0.00 | 0.00 |
| 9. CHAPTER 11 TURNOVER (u) | 0.00 | 0.00 | | 55,151.97 | FA | 55,151.97 | 0.00 |
| 10. 1639 N ALEXANDRIA AVE; LA CA [100% OWNERSHIP] | 9,700,000.00 | 0.00 | | 0.00 | FA | 4,250,000.00 | 0.00 |
| 11. 621 S UNION AVE; LA CA [100% OWNERSHIP] | 10,800,000.00 | 0.00 | | 0.00 | FA | 2,254,000.00 | 0.00 |
| 12. 2400-2424 BAYSHORE BLVD [88.5% OWNERSHIP] [19 unit, mixed use building = 14 residential units and five commercial storefronts] | 3,097,500.00 | 1,862,500.00 | | 3,100,000.00 | FA | 1,235,000.00 | 0.00 |
| 13. PREVIOUS INSURANCE POLICY (u) New Owner purchase remaining months on current pre-paid insurance policy. | 0.00 | 3,392.00 | | 3,392.00 | FA | 0.00 | 0.00 |
| 14. AP 13-3046: SCHOENMANN V PENINSULA (u) COMMONS [to avoid transfer of five properties from Zuercher Trust to other entities owned/controlled by debtor's principal, Monica Hujazi] [See assets #16 + #17] | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. CLAIM IN: SF CORNERS BANKRUPTCY (u) CASE #15-35709  [payment will be pro-rata distribution | 0.00 | 650,000.00 | | 0.00 | 650,000.00 | | |

Case No:     12-32747    HLB   Judge: HANNAH L BLUMENSTIEL

Case Name:    THE ZUERCHER TRUST OF 1999

Trustee Name:     E. LYNN SCHOENMANN

Date Filed (f) or Converted (c):   12/18/14 (c)

341(a) Meeting Date:   01/23/15

Claims Bar Date:   04/23/15

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| between all general unsecured claimants] | | | | | | | |
| 16. 1919 - 1925 MARTIN LUTHER KING JR WAY, (u) OAKLAND CA | 0.00 | 4,171,435.00 | | 4,690,000.00 | FA | 0.00 | 0.00 |
| [12/23/16: Order authorizing sale; Doc#944] | | | | | | | |
| [02/13/17: Report of Sale; Doc#952] | | | | | | | |
| 17. 1016 SAN RAYMUNDO RD, HILLSBOROUGH (u) | 0.00 | 3,500,000.00 | | 0.00 | 3,500,000.00 | 0.00 | 0.00 |
| 18. AP # 14-3117; SCHOENMANN V HUJAZI (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [07/14/16: Motion to approve stlmt; Doc#876] | | | | | | | |
| [08/11/16: Order approving stlmt agreement; Doc#885] | | | | | | | |
| 19. AP# 14-3118; SCHOENMANN V HUJAZI (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [07/14/16: Motion to approve stlmt; Doc#876] | | | | | | | |
| [08/11/16: Order approving stlmt agreement; Doc#885] | | | | | | | |
| 20. AP# 14-3119, SCHOENMANN V BAY CITIES (u) FINANCIAL CORP | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [07/14/16: Motion to approve stlmt; Doc#876] | | | | | | | |
| [08/11/16: Order approving stlmt agreement; Doc#885] | | | | | | | |
| 21. AP# SCHOENMANN V M&J REAL ESTATE (u) APPRAISAL | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [07/14/16: Motion to approve stlmt; Doc#876] | | | | | | | |
| [08/11/16: Order approving stlmt agreement; Doc#885] | | | | | | | |
| 22. AP# SCHOENMANN V BROWNSTONE LOFTS LLC (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [07/14/16: Motion to approve stlmt; Doc#876] | | | | | | | |
| [08/11/16: Order approving stlmt agreement; Doc#885] | | | | | | | |
| 23. AP# 14-3123 SCHOENMANN V FOREST VIEW LLC (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [07/14/16: Motion to approve stlmt; Doc#876] | | | | | | | |
| [08/11/16: Order approving stlmt agreement; Doc#885] | | | | | | | |
| 24. AP# 14-3124 SCHOENMANN V EMERALD (u) SQUARE LLC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

Case: 12-32747   Doc# 959   Filed: 05/10/17   Entered: 05/10/17 11:59:17   Page 9 of 23

Ver: 19.06c

Case No:        12-32747        HLB    Judge: HANNAH L BLUMENSTIEL

Case Name:    THE ZUERCHER TRUST OF 1999

Trustee Name:    E. LYNN SCHOENMANN

Date Filed (f) or Converted (c):    12/18/14 (c)

341(a) Meeting Date:    01/23/15

Claims Bar Date:    04/23/15

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| [07/14/16: Motion to approve stlmt; Doc#876] [08/11/16: Order approving stlmt agreement; Doc#885] 25. DUE FROM MARTIN LUTHER KING RECEIVER (u) | 0.00 | 20,000.00 | | 0.00 | 23,491.00 | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $28,047,500.00    $10,229,412.02    $7,870,628.99    $4,173,491.00    $7,794,151.97    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This converted bankruptcy case was originally filed under Chapter 11 on 09/26/12 [Andrea A Wirum, Trustee] and was converted to a case under Chapter 7 on 12/18/14. Form 1 assets taken from schedule filed 01/12/13 [Doc#152] thus assets and values may have changed. On 12/22/14, E Lynn Schoenmann was appointed Successor Trustee, Doc#756.

.

INTERIM ACCOUNTS:

  1ST: 12/22/14 - 11/28/16

  2ND: 11/28/16 - 05/10/17

Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 12/31/17

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-32747 -HLB | |
| Case Name: | THE ZUERCHER TRUST OF 1999 | |

Taxpayer ID No: *******1961
For Period Ending: 05/10/17

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8278  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit): $ 999,999,999.99
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/15 | 9 | CHAPTER 11 TRUSTEE | Chpt 11 Balance on Hand | 1290-000 | 55,151.97 | | 55,151.97 |
| * 02/19/15 | 9 | CHAPTER 11 TRUSTEE | Chpt 11 Balance on Hand | 1290-003 | 55,161.97 | | 110,313.94 |
| * 02/19/15 | 9 | CHAPTER 11 TRUSTEE | Chpt 11 Balance on Hand Incorrect Amount | 1290-003 | -55,161.97 | | 55,151.97 |
| 02/24/15 | 8 | BANK OF AMERICA CC/ HAWK N LEE | Rent-Jan 2015 | 1222-000 | 2,000.00 | | 57,151.97 |
| 02/24/15 | 8 | BANK OF AMERICA CC/ HAWK N LEE | Rent-Feb 2015 | 1222-000 | 2,000.00 | | 59,151.97 |
| 02/24/15 | 8 | HOUSING AUTHORITY OF CITY/COUNTY OF SF | Rent-Jan 2015 | 1222-000 | 4,246.00 | | 63,397.97 |
| 02/24/15 | 8 | HOUSING AUTHORITY OF CITY/COUNTY OF SF | Rent-Feb 2015 | 1222-000 | 4,246.00 | | 67,643.97 |
| 03/20/15 | | OLD REPUBLIC TITLE CO | NET SALES: 2400 BAYSHORE BLVD | | 1,268,161.96 | | 1,335,805.93 |
| | 12 | OLD REPUBLIC TITLE CO | Memo Amount: 3,100,000.00 GROSS SALES: 2400 BAYSHORE BLVD [TOTAL EXPENSE = 1,831,838.04] | 1110-000 | | | |
| | | SEQUOIA MORTGAGE CAPITAL INC | Memo Amount: ( 1,322,590.38 ) LOAN PAYOFF | 4110-000 | | | |
| | | ARA PACIFIC/ MADISON PARTNERS | Memo Amount: ( 93,000.00 ) BROKER'S COMMISSION [1/2 OF 6%] | 3510-000 | | | |
| | | WEM PACIFIC INVESTMENT INC | Memo Amount: ( 93,000.00 ) BROKER'S COMMISSION [1/2 OF 6%] | 3510-000 | | | |
| | | REAL ESTATE TAXES: STATE ST | Memo Amount: ( 22,098.77 ) TAXES IN SALE OF STATE ST | 4110-000 | | | |
| | | FRANCHISE TAX BOARD/ STATE ST | Memo Amount: ( 103,230.00 ) CA WITHHOLDING | 4110-000 | | | |
| | | LIEN PAYMENTS MOVED TO LOT #01 & #1 | Memo Amount: ( 2,501.50 ) LIEN PAYMENTS: STATE ST | 4110-000 | | | |
| | | SECURITY DEPOSIT/ STATE ST | Memo Amount: ( 6,425.00 ) SECURITY DEPOSIT | 4110-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 1,335,805.93 | 0.00 |

Case: 12-32747     Doc# 959     Filed: 05/10/17     Entered: 05/10/17 11:59:17     Page 11 of 23

Case No:          12-32747  -HLB
Case Name:     THE ZUERCHER TRUST OF 1999

Taxpayer ID No:  *******1961
For Period Ending: 05/10/17

Trustee Name:          E. LYNN SCHOENMANN
Bank Name:              UNION BANK
Account Number / CD #:    *******8278  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 999,999,999.99
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | OLD REPUBLIC TITLE CO | Memo Amount:    (       1,693.32 ) | 2500-000 |  |  |  |
|  |  |  | MISC COSTS IN SALE OF STATE ST |  |  |  |  |
|  |  | PUC LIEN TO SF WATER POWER SEWER | Memo Amount:    (      13,380.44 ) | 4110-000 |  |  |  |
|  |  |  | 4 LIEN PAYOFFS |  |  |  |  |
|  |  | STERLING HEATLEY | Memo Amount:    (    164,750.26 ) | 4110-000 |  |  |  |
|  |  |  | NET PROCEEDS |  |  |  |  |
|  |  | SF COUNTY TAX COLLECTOR | Memo Amount:    (       9,168.37 ) | 4110-000 |  |  |  |
|  |  |  | TAX LIEN PAYOFF |  |  |  |  |
|  | 03/25/15 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 28.84 | 1,335,777.09 |
| 04/06/15 | 8 | JACKSON GROUP | RENT BALANCE | 1222-000 | 9,593.02 |  | 1,345,370.11 |
|  |  |  | [Wire was actually received on 4/3/15, but due to computer limitations deposit shows as 4/6/15. Receipt Log show day of Wire In as 4/3/15] |  |  |  |  |
| 04/27/15 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 830.16 | 1,344,539.95 |
| 05/26/15 | 13 | RASMI NASER ZEIDAN | Purchase of prepaid insurance poliy | 1229-000 | 3,392.00 |  | 1,347,931.95 |
| 05/26/15 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 1,934.04 | 1,345,997.91 |
| 06/25/15 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 1,998.65 | 1,343,999.26 |
| * 07/02/15 | 040001 | RASMI ZEIDAN | Prorated Garbage Svc for Mar1-20 | 2420-004 |  | 449.29 | 1,343,549.97 |
| 07/27/15 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 1,935.45 | 1,341,614.52 |
| * 08/10/15 | 040001 | RASMI ZEIDAN | Stop Payment Reversal | 2420-004 |  | -449.29 | 1,342,063.81 |
|  |  |  | SA |  |  |  |  |
| 08/20/15 | 040002 | RASMI & ALZEIDA ZEIDAN | Outstanding Property Liens | 2420-000 |  | 1,351.00 | 1,340,712.81 |
|  |  | 6955 Skyline Blvd | Directors Order #107281-A |  |  |  |  |
|  |  | Hillsborough, CA  94010 |  |  |  |  |  |
| 08/20/15 | 040003 | RASMI ZEIDAN | Prorated Garbage Svc for Mar1-20 | 2420-000 |  | 449.29 | 1,340,263.52 |
|  |  | 6955 Skyline Blvd |  |  |  |  |  |
|  |  | Hillsborough, CA  94010 |  |  |  |  |  |
| 08/20/15 | 040004 | CITY & COUNTY OF SAN FRANCISCO | Garbage Lien 12-1-14-12-31-14 | 2420-000 |  | 842.20 | 1,339,421.32 |
|  |  | Department of Public Service | Invoice# 893337 |  |  |  |  |

Page Subtotals          12,985.02          9,369.63

Ver: 19.06c

LFORM24

Case: 12-32747     Doc# 959     Filed: 05/10/17     Entered: 05/10/17 11:59:17     Page 12 of 23

| Case No: | 12-32747 -HLB |
| Case Name: | THE ZUERCHER TRUST OF 1999 |

| Taxpayer ID No: | *******1961 |
| For Period Ending: | 05/10/17 |

| Trustee Name: | E. LYNN SCHOENMANN |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8278 Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $ 999,999,999.99 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1390 Market St., Room 210 | | | | | |
| | | San Francisco, CA 94102 | | | | | |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,997.12 | 1,337,424.20 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,993.15 | 1,335,431.05 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,923.12 | 1,333,507.93 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,984.30 | 1,331,523.63 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,917.49 | 1,329,606.14 |
| 01/20/16 | 040005 | INTERNATIONAL SURETIES, LTD | Blanket Bond | 2300-000 | | 570.01 | 1,329,036.13 |
| | | 701 Poydras St., Ste 420 | Bond# 016048574 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,978.68 | 1,327,057.45 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,969.97 | 1,325,087.48 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,839.64 | 1,323,247.84 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,963.48 | 1,321,284.36 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,897.54 | 1,319,386.82 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,957.82 | 1,317,429.00 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,892.19 | 1,315,536.81 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,952.11 | 1,313,584.70 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,949.29 | 1,311,635.41 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,883.77 | 1,309,751.64 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,943.53 | 1,307,808.11 |
| 12/20/16 | 040006 | CROWELL & MORING LLP | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 694,613.00 | 613,195.11 |
| | | THOMAS F KOEGEL | | | | | |
| | | 275 BATTERY ST 23RD FL | | | | | |
| | | SAN FRANCISCO CA 94111 | | | | | |
| 12/20/16 | 040007 | CROWELL & MORING LLP | ATTORNEY FOR TRUSTEE EXPENSE | 3220-000 | | 16,070.40 | 597,124.71 |
| | | THOMAS F KOEGEL | | | | | |
| | | 275 BATTERY ST 23RD FL | | | | | |
| | | SAN FRANCISCO CA 94111 | | | | | |

Page Subtotals       0.00       742,296.61

Ver: 19.06c

Case: 12-32747    Doc# 959    Filed: 05/10/17    Entered: 05/10/17 11:59:17    Page 13 of 23

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    12-32747 -HLB

Case Name:    THE ZUERCHER TRUST OF 1999

Taxpayer ID No:    *******1961

For Period Ending:  05/10/17

Trustee Name:    E. LYNN SCHOENMANN

Bank Name:    UNION BANK

Account Number / CD #:    *******8278  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 999,999,999.99

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,878.18 | 595,246.53 |
| 12/29/16 | 040008 | THOMAS P JEREMISASSEN<br>BERKELEY RESEARCH GROUP<br>2049 CENTURY PARK EAST STE 2525<br>LOS ANGELES CA 90067 | CH 7 LITIGATION CONSULTANT FEES | 3991-000 | | 3,011.50 | 592,235.03 |
| 12/29/16 | 040009 | MATTHEW C SHERIDAN<br>655 MONTGOMERY ST STE 1705<br>SAN FRANCISCO CA 94111 | CHPT 11-Attorney for Trustee Fee | 6210-000 | | 7,125.00 | 585,110.03 |
| 12/29/16 | 040010 | THOMAS P JEREMISASSEN<br>BERKELEY RESEARCH GROUP<br>2049 CENTURY PARK EAST STE 2525<br>LOS ANGELES CA 90067 | CH 11 LITIGATION CONSULTANT FEES | 6700-000 | | 39,091.50 | 546,018.53 |
| 12/29/16 | 040011 | WIN WIN ALEXANDRIA UNION LLC<br>C/O ELSA HOROWITZ ESQ<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN<br>1140 W OLYMPIC BLVD 9TH FL<br>LOS ANGELES CA 90064 | per Order dtd 12/21/16 | 6950-000 | | 50,000.00 | 496,018.53 |
| 12/29/16 | 040012 | EZRA BRUTZKUS GUBNER LLP<br>STEVEN T GUBNER<br>21650 OXNARD ST STE 500<br>WOODLAND HILLS CA 91367 | CHAPTER 11 ATTORNEY FOR  TRUSTEE FE<br>Previously approved | 6210-000 | | 116,309.50 | 379,709.03 |
| * 12/29/16 | 040013 | CITY/COUNTY OF SF<br>TREASURER & TAX COLLECTORS OFFICE<br>POB 7027<br>SAN FRANCISCO CA 94120-7027 | REVERSED | 2820-003 | | 33,058.44 | 346,650.59 |
| 12/29/16 | 040014 | BACHECKI CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>400 OYSTER POINT BLVD STE 106<br>SOUTH SAN FRANCISCO CA  94080 | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 67,080.50 | 279,570.09 |
| 12/29/16 | 040015 | BACHECKI CROM & CO LLP | ACCOUNTANT FOR TRUSTEE EXPENSE | 3420-000 | | 334.19 | 279,235.90 |

Page Subtotals    0.00    317,888.81

Ver: 19.06c

LFORM24

Case: 12-32747      Doc# 959      Filed: 05/10/17      Entered: 05/10/17 11:59:17      Page 14 of 23

Case No:    12-32747 -HLB                      Trustee Name:    E. LYNN SCHOENMANN

Case Name:    THE ZUERCHER TRUST OF 1999            Bank Name:    UNION BANK

                                                            Account Number / CD #:    *******8278  Checking Account (Non-Interest Earn

Taxpayer ID No:    *******1961

For Period Ending:    05/10/17                        Blanket Bond (per case limit):    $ 999,999,999.99

                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CERTIFIED PUBLIC ACCOUNTANTS | | | | | |
| | | 400 OYSTER POINT BLVD STE 106 | | | | | |
| | | SOUTH SAN FRANCISCO CA  94080 | | | | | |
| * 01/03/17 | 040016 | INTERNATIONAL SURETIES, LTD | Blanket Bond #016048574 | 2300-004 | | 98.94 | 279,136.96 |
| | | 701 Poydras Street, Ste. 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 01/03/17 | 040017 | E LYNN SCHOENMANN | TRUSTEE'S 1ST INTERIM FEES | 2100-000 | | 110,291.79 | 168,845.17 |
| 01/03/17 | 040018 | E LYNN SCHOENMANN | TRUSTEE 1ST INTERIM EXPENSES | 2200-000 | | 32.70 | 168,812.47 |
| * 01/10/17 | 040013 | CITY/COUNTY OF SF | REVERSED: INCORRECT AMOUNT | 2820-003 | | -33,058.44 | 201,870.91 |
| | | TREASURER & TAX COLLECTORS OFFICE | Check issued in wrong amount.  New check to be | | | | |
| | | POB 7027 | generated. | | | | |
| | | SAN FRANCISCO CA 94120-7027 | | | | | |
| 01/10/17 | 040019 | CITY/COUNTY OF SF | PAYMENT OF LOCAL STATE TAXES | 2820-000 | | 25,544.53 | 176,326.38 |
| | | TREASURER & TAX COLLECTORS OFFICE | | | | | |
| | | POB 7027 | | | | | |
| | | SAN FRANCISCO CA 94120-7027 | | | | | |
| * 01/12/17 | 040016 | INTERNATIONAL SURETIES, LTD | Stop Payment Reversal | 2300-004 | | -98.94 | 176,425.32 |
| | | 701 Poydras Street, Ste. 420 | SA | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 01/12/17 | 040020 | INTERNATIONAL SURETIES, LTD | Blanket Bond #016048574 | 2300-000 | | 98.94 | 176,326.38 |
| | | 701 Poydras Street, Ste. 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,768.13 | 174,558.25 |
| 02/03/17 | | North American Title  Co | NET Proceeds sale of MLK Property | | 4,181,367.59 | | 4,355,925.84 |
| | 16 | NORTH AMERICAN TITLE  CO |     Memo Amount:    4,690,000.00 | 1210-000 | | | |
| | | | GROSS PROCEEDS: sale of MLK JR WAY | | | | |
| | | | [4,690,000.00 - 4,181,367.59 = 508,632.41 TOTAL | | | | |
| | | | EXPENSE] | | | | |
| | | BNNJ REAL ESTATE SERVICES |     Memo Amount:    (    117,250.00 ) | 3510-000 | | | |
| | | | COMMISSION PAID AT SETTLEMENT | | | | |

                                            Page Subtotals    4,181,367.59    104,677.65

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-32747 -HLB | |
| Case Name: | THE ZUERCHER TRUST OF 1999 | |
| Taxpayer ID No: | *******1961 | |
| For Period Ending: | 05/10/17 | |

| | |
|---|---|
| Trustee Name: | E. LYNN SCHOENMANN |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8278  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 999,999,999.99 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PROPERTY MANAGEMENT SYSTEMS | Memo Amount:     (    117,250.00 ) COMMISSION PAID AT SETTLEMENT | 3510-000 | | | |
| | | VARIOUS TAXES IN SALE OF MLK JR WAY | Memo Amount:     (    247,556.67 ) TAXES IN SALE OF MLK JR WAY | 4110-000 | | | |
| | | NORTH AMERICAN TITLE CO INC | Memo Amount:     (    26,575.74 ) MISC COSTS IN SALE OF MLK WAY | 2500-000 | | | |
| 02/08/17 | 040021 | NORTH AMERICAN TITLE CO 330 Primrose Road, Suite 502 Burlingame, CA  94010 | SFCounty - ADDITIONAL TAX PAID IN SALE OF MLK JR WAY, OAKLAND [THIS CHECK DECREASES THE NET RECEIPT IN SALE OF MKL JR WAY BY $224 AND INCREASES THE EXPENSE BY THIS SAME AMOUNT] | 4110-000 | | 224.00 | 4,355,701.84 |
| 02/08/17 | 040022 | PETER S KRAVITZ, CHAPTER 11 TRUSTEE ATTN: STEVEN T GUBNER EZRA BRUTZKUS GUBNER LLP 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | Per Court Order dtd 2/6/17 | 6101-000 | | 30,975.69 | 4,324,726.15 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 414.35 | 4,324,311.80 |
| 03/07/17 | 040023 | EZRA BRUTZKUS GUBNER LLP STEVEN T GUBNER 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | CHAPTER 11 ATTORNEY FOR TRUSTEE FEES | 6210-000 | | 1,084,082.40 | 3,240,229.40 |
| 03/07/17 | 040024 | EZRA BRUTZKUS GUBNER LLP STEVEN T GUBNER 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | CHAPTER 11 ATTORNEY FOR TRUSTEE EXPENCES | 6220-000 | | 37,957.27 | 3,202,272.13 |
| 03/07/17 | 040025 | BRUTZKUS GUBNER ROZANSKY SEROR WEBER, LLP 21650 OXNARD ST., STE 500 WOODLAND HILLS, CA  91367 | CHAPTER 7 ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 3,429.10 | 3,198,843.03 |

| | | | |
|---|---|---|---|
| Page Subtotals | | 0.00 | 1,157,082.81 |

Case: 12-32747     Doc# 959     Filed: 05/10/17     Entered: 05/10/17 11:59:17     Page 16 of 23

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          12-32747  -HLB
Case Name:     THE ZUERCHER TRUST OF 1999

Taxpayer ID No:   *******1961
For Period Ending:  05/10/17

Trustee Name:                      E. LYNN SCHOENMANN
Bank Name:                          UNION BANK
Account Number / CD #:        *******8278  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 999,999,999.99
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/17 | 040026 | BRUTZKUS GUBNER ROZANSKY SERROR WEBER, LLP 21650 OXNARD ST, STE 500 WOODLAND HILLS, CA  91367 | CHAPTER 7 ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 150,069.50 | 3,048,773.53 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 4,500.00 | 3,044,273.53 |
| 03/30/17 | 040027 | COLEMAN FROST LLP DERRICK COLEMAN 419 SANTA MONICA BLVD STE 700 SANTA MONICA CA 90401 | ATTORNEY FOR TRUSTEE/DIP FEES | 6210-000 | | 207,442.35 | 2,836,831.18 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 4,500.00 | 2,832,331.18 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 7,790,000.00 | COLUMN TOTALS | 5,530,158.54 | 2,697,827.36 | 2,832,331.18 |
| Memo Allocation Disbursements: | 2,340,470.45 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 5,530,158.54 | 2,697,827.36 | |
| Memo Allocation Net: | 5,449,529.55 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 5,530,158.54 | 2,697,827.36 | |
| Total Allocation Receipts: | 7,790,000.00 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 2,340,470.45 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account (Non-Interest Earn - *******8278 | 5,530,158.54 | 2,697,827.36 | 2,832,331.18 |
| Total Memo Allocation Net: | 5,449,529.55 | | ------------------- | ------------------- | ------------------- |
| | | | 5,530,158.54 | 2,697,827.36 | 2,832,331.18 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Case: 12-32747     Doc# 959     Filed: 05/10/17     Entered: 05/10/17 11:59:17     Page 17 of 23

LFORM24

Page Subtotals                  0.00              366,511.85

Ver: 19.06c

Case Number: 12-32747
Debtor Name: THE ZUERCHER TRUST OF 1999

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 002 6950-00 | WIN WIN ALEXANDRIA UNION LLC C/O ELSA HOROWITZ ESQ WOLF, RIFKIN, SHAPIRO, SCHULMAN 1140 W OLYMPIC BLVD 9TH FL LOS ANGELES CA 90064 | Administrative | | $0.00 | $50,000.00 | $50,000.00 |
| 001 2420-00 | RASMI ZEIDAN | Administrative | | $0.00 | $2,642.49 | $2,642.49 |
| 001 3410-00 | BACHECKI CROM & CO LLP CERTIFIED PUBLIC ACCOUNTANTS 400 OYSTER POINT BLVD STE 106 SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $67,080.50 | $67,080.50 |
| 001 3420-00 | BACHECKI CROM & CO LLP CERTIFIED PUBLIC ACCOUNTANTS 400 OYSTER POINT BLVD STE 106 SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $334.19 | $334.19 |
| 001 3210-00 | CROWELL & MORING LLP THOMAS F KOEGEL 3 EMBARCADERO CENTER 26TH FL SAN FRANCISCO CA 94111 | Administrative | | $0.00 | $694,613.00 | $694,613.00 |
| 001 3220-00 | CROWELL & MORING LLP THOMAS F KOEGEL 3 EMBARCADERO CENTER 26TH FL SAN FRANCISCO CA 94111 | Administrative | | $0.00 | $16,070.40 | $16,070.40 |
| 002 6210-00 | MATTHEW C SHERIDAN 655 MONTGOMERY ST STE 1705 SAN FRANCISCO CA 94111 | Administrative | | $0.00 | $7,125.00 | $7,125.00 |
| 002 6700-00 | THOMAS P JEREMISASSEN BERKELEY RESEARCH GROUP 2049 CENTURY PARK EAST STE 2525 LOS ANGELES CA 90067 | Administrative | | $0.00 | $39,091.50 | $39,091.50 |
| 002 6710-00 | THOMAS P JEREMISASSEN BERKELEY RESEARCH GROUP 2049 CENTURY PARK EAST STE 2525 LOS ANGELES CA 90067 | Administrative | | $0.00 | $241.64 | $241.64 |

Case: 12-32747    Doc# 959    Filed: 05/10/17    Entered: 05/10/17 11:59:17    Page 18 of 23

Case Number:    12-32747
Debtor Name:    THE ZUERCHER TRUST OF 1999

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3991-00 | THOMAS P JEREMISASSEN BERKELEY RESEARCH GROUP 2049 CENTURY PARK EAST STE 2525 LOS ANGELES CA 90067 | Administrative | | $0.00 | $3,011.50 | $3,011.50 |
| 001 3110-00 | BRUTZKUS GUBNER ROZANSKY SERROR WEBER, LLP 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | Administrative | | $0.00 | $157,777.50 | $150,069.50 |
| 001 3120-00 | BRUTZKUS GUBNER ROZANSKY SEROR WEBER, LLP 21650 OXNARD ST., STE 500 WOODLAND HILLS, CA 91367 | Administrative | | $0.00 | $3,429.10 | $3,429.10 |
| 000022 002 6101-00 | PETER S KRAVITZ, CHAPTER 11 TRUSTEE ATTN: STEVEN T GUBNER EZRA BRUTZKUS GUBNER LLP 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | Administrative | | $0.00 | $30,985.69 | $30,975.69 |
| 000023 A 002 6210-00 | EZRA BRUTZKUS GUBNER LLP STEVEN T GUBNER 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | Administrative | | $0.00 | $1,615,111.50 | $1,200,391.90 |
| 000023 B 002 6220-00 | EZRA BRUTZKUS GUBNER LLP STEVEN T GUBNER 21650 OXNARD ST STE 500 WOODLAND HILLS CA 91367 | Administrative | | $0.00 | $52,328.43 | $37,957.27 |
| 000026 002 6210-00 | COLEMAN FROST LLP DERRICK COLEMAN 201 NEVADA STREET EL SEGUNDO CA 90245 | Administrative | | $0.00 | $212,442.35 | $207,442.35 |
| 000028 001 2820-00 | CITY/COUNTY OF SF TREASURER & TAX COLLECTORS OFFICE POB 7027 SAN FRANCISCO CA 94120-7027 | Administrative | | $0.00 | $33,058.44 | $25,544.53 |
| ASSET 12 001 3510-00 | ARA PACIFIC/ MADISON PARTNERS | Administrative | | $0.00 | $93,000.00 | $93,000.00 |
| ASSET 12 001 3510-00 | WEM PACIFIC INVESTMENT INC | Administrative | | $0.00 | $93,000.00 | $93,000.00 |

Case Number: 12-32747
Debtor Name: THE ZUERCHER TRUST OF 1999

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ASSET 12 001 2500-00 | OLD REPUBLIC TITLE CO | Administrative | | $0.00 | $1,693.32 | $1,693.32 |
| ASSET16 001 3510-00 | BNNJ REAL ESTATE SERVICES | Administrative | | $0.00 | $117,250.00 | $117,250.00 |
| ASSET16 001 3510-00 | PROPERTY MANAGEMENT SYSTEMS | Administrative | | $0.00 | $117,250.00 | $117,250.00 |
| ASSET16 001 2500-00 | NORTH AMERICAN TITLE CO INC | Administrative | | $0.00 | $26,575.74 | $26,575.74 |
| BOND 001 2300-00 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420 NEW ORLEANS LA 70139 | Administrative | | $0.00 | $98.94 | $98.94 |
| FEES 001 2690-00 | BANK SERVICE FEES | Administrative | | $0.00 | $50,831.00 | $50,831.00 |
| 000001 070 7100-00 | MICHAEL E GRODSKY 5900 WILSHIRE BLVD STE 2600 LOS ANGELES CA 90036 | Unsecured | | $261,820.00 | $312,940.00 | $312,940.00 |
| 000002 070 7100-00 | LION BROWNSTONE LLC MORY BARAK & JEFF WALKER LION BROWNSTONE LLC 11620 WILSHIRE BLVD STE 470 LOS ANGELES CA 90025 | Unsecured | | $3,275,666.69 | $3,300,795.00 | $3,300,795.00 |
| 000004 070 7100-00 | DERRICK ARNOLD & MICHAEL MACKLIN MATTHEW L BRINTON ESQ C/O BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGELES CA 90057 | Unsecured | | $0.00 | $12,862.95 | $12,862.95 |
| 000005 070 7100-00 | JANET LEFFLER & MICHAEL CHESTER MATTHEW L BRINTON ESQ C/O BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGELES CA 90057 | Unsecured | | $0.00 | $10,024.58 | $10,024.58 |
| 000006 070 7100-00 | KEVIN WASHINGTON MATTHEW L BRINTON ESQ C/O BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGELES CA 90057 | Unsecured | | $0.00 | $2,129.86 | $2,129.86 |

Case Number: 12-32747
Debtor Name: THE ZUERCHER TRUST OF 1999

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | RUSS DEMARCO MATTHEW L BRINTON ESQ C/O BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGELES CA 90057 | Unsecured | | $0.00 | $5,280.90 | $5,280.90 |
| 000008 070 7100-00 | DEMETRICK MURAG & KAREN WIKE MATTHEW L BRINTON ESQ C/O BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGELES CA 90057 | Unsecured | | $0.00 | $6,344.25 | $6,344.25 |
| 000009 070 7100-00 | FRANKLIN NOLASCO MATTHEW L BRINTON ESQ C/O BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGELES CA 90057 | Unsecured | | $0.00 | $8,869.59 | $8,869.59 |
| 000010 070 7100-00 | NIVEN AND SMITH C/O LEO LAROCCA 425 CALIFORNIA ST STE 1625 SAN FRANCISCO CA 94140 | Unsecured | | $0.00 | $11,980.17 | $11,980.17 |
| 000011 070 7100-00 | ALLEN HYMAN ALLEN HYMAN ESQ 10737 RIVERSIDE DR NORTH HOLLYWOOD CA 91602 | Unsecured | | $0.00 | $144,936.86 | $144,936.86 |
| 000012 070 7100-00 | WIN WIN ALEXANDRIA UNION LLC C/O ELSA HOROWITZ ESQ WOLF, RIFKIN, SHAPIRO, SCHULMAN 1140 W OLYMPIC BLVD 9TH FL LOS ANGELES CA 90064-1582 | Unsecured | | $0.00 | $5,200,000.00 | $5,200,000.00 |
| 000013 070 7100-00 | LAW FIRM OF HAROLD GREENBERG 2263 S HARVARD BLVD LOS ANGELES CA 90018 | Unsecured | | $0.00 | $28,000.00 | $28,000.00 |
| 000014-A 070 7100-00 | DANIEL J BRAMZON CARE OF BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGESLES CA 90057 | Unsecured | | $0.00 | $18,900,000.00 | $500,000.00 |
| 000014-B 090 7400-00 | DANIEL J BRAMZON CARE OF BASTA INC 2500 WILSHIRE BLVD STE 1050 LOS ANGESLES CA 90057 | Unsecured | | $0.00 | $18,400,000.00 | $18,400,000.00 |
| 000015-2 070 7100-00 | LUSCUTOFF, LENDORMY & ASSOCIATES SYDNEY A LUSCUTOFF ESQ 601 MONTGOMERY ST STE 1088 SAN FRANCISCO CA 94111 | Unsecured | | $0.00 | $634,000.00 | $634,000.00 |

Case: 12-32747    Doc# 959    Filed: 05/10/17    Entered: 05/10/17 11:59:17    Page 21 of 23

Case Number:  12-32747
Debtor Name:  THE ZUERCHER TRUST OF 1999

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000017 070 7100-00 | LOS ANGELES COUNTY DEPT OF PUBLIC HEALTH EN C/O BARRY S GLASER ESQ STECKBAUER WEINHART LLP 333 S HOPE ST STE 3600 LOS ANGELES CA 90071 | Unsecured | | $0.00 | $21,887.65 | $21,887.65 |
| 000018 070 7100-00 | LOS ANGELES FIRE DEPARTMENT WENDY A LOO DEPUTY CITY ATTY 200 NORTH MAIN ST STE 920 LOS ANGELES CA 90012 | Unsecured | | $0.00 | $10,102.60 | $10,102.60 |
| 000019 070 7100-00 | LOS ANGELES FIRE DEPARTMENT WENDY A LOO DEPUTY CITY ATTY 200 NORTH MAIN ST STE 920 LOS ANGELES CA 90012 | Unsecured | | $0.00 | $52,755.98 | $52,755.98 |
| 000020 070 7100-00 | CERTAIN UNDERWRITERS AT LLOYDS, LONDON C/O ADAM BARASCH @SEVERSON & WERSON PC ONE EMBARCADERO CTR STE 2600 SAN FRANCISCO CA 94111 | Unsecured | | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 000021 070 7100-00 | LAW OFFICES OF GEORGE P ESHOO 702 MARSHALL ST STE 500 REDWOOD CITY CA 94063 | Unsecured | | $0.00 | $42,341.46 | $42,341.46 |
| 000024 070 7100-00 | BRADLEY KASS ESQ KASS & KASS LAW OFFICES 520 S EL CAMINO REAL STE 810 SAN MATEO CA 94402 | Unsecured | | $0.00 | $51,799.36 | $51,799.36 |
| 000025 070 7100-00 | MONICA HUJAZI 911 N AMPHLETT BLVD SAN MATEO CA 94401 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 000003 050 4110-00 | LOS ANGELES COUNTY TREASURER: WITHDRAWN AND TAX COLLECTOR POB 54110 LOS ANGELES CA 90054-0110 | Secured | | $0.00 | $0.00 | $0.00 |
| 000016-2 050 4110-00 | CITY AND COUNTY OF SAN FRANCISCO TREASURER AND TAX COLLECTORS OFFICE BUREAU OF DELINQUENT REVENUE POB 7027 SAN FRANCISCO CA 94120-7027 | Secured | | $0.00 | $22,310.16 | $22,310.16 |

Case: 12-32747   Doc# 959   Filed: 05/10/17   Entered: 05/10/17 11:59:17   Page 22 of 23

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   12-32747
Debtor Name:   THE ZUERCHER TRUST OF 1999

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000027 050 4110-00 | ALEXA VALLES 3300 COLLEGE DR BUILDING 14 SAN BRUNO CA 94066 | Secured | | $0.00 | $4,395.00 | $4,395.00 |
| ASSET 12 050 4110-00 | SEQUOIA MORTGAGE CAPITAL INC | Secured | | $0.00 | $1,322,590.38 | $1,322,590.38 |
| ASSET 12 050 4110-00 | REAL ESTATE TAXES: STATE ST | Secured | | $0.00 | $22,098.77 | $22,098.77 |
| ASSET 12 050 4110-00 | FRANCHISE TAX BOARD/ STATE ST | Secured | | $0.00 | $103,230.00 | $103,230.00 |
| ASSET 12 050 4110-00 | LIEN PAYMENTS MOVED TO LOT #01 & #18 | Secured | | $0.00 | $2,501.50 | $2,501.50 |
| ASSET 12 050 4110-00 | SECURITY DEPOSIT/ STATE ST | Secured | | $0.00 | $6,425.00 | $6,425.00 |
| ASSET 12 050 4110-00 | PUC LIEN TO SF WATER POWER SEWER | Secured | | $0.00 | $13,380.44 | $13,380.44 |
| ASSET 12 050 4110-00 | STERLING HEATLEY | Secured | | $0.00 | $164,750.26 | $164,750.26 |
| ASSET 12 050 4110-00 | SF COUNTY TAX COLLECTOR | Secured | | $0.00 | $9,168.37 | $9,168.37 |
| ASSET16 050 4110-00 | VARIOUS TAXES IN SALE OF MLK JR WAY | Secured | | $0.00 | $247,780.67 | $247,780.67 |
| | Case Totals: | | | $3,537,486.69 | $53,610,723.99 | $34,761,401.32 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

Case: 12-32747   Doc# 959   Filed: 05/10/17   Entered: 05/10/17 11:59:17   Page 23 of 23