# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE:                                                Case No. 12-32747 HLB
     THE ZUERCHER TRUST OF 1999                    Chapter 7

                                   Debtor(s)

## SECOND INTERIM APPLICATION OF TRUSTEE FOR COMPENSATION

**TO: THE HONORABLE HANNAH L BLUMENSTIEL, United States Bankruptcy Judge**

The Application of E. Lynn Schoenmann, brought pursuant to Section 330, Bankruptcy Code, respectfully shows that she is duly appointed Trustee in Bankruptcy in the above captioned estate, that the assets of said debtor are being liquidated, and that there came into the hands of the undersigned Trustee for disbursements the total sum of $7,870,628.99.

In the administration of said estate, your applicant has been performing those services required by a Trustee.

Your applicant deems said services to be reasonably worth $125,000.00. The statutory allowance is the sum of $235,291.79 and your applicant has heretofore received on account of her compensation as such Trustee the sum of $110,291.79.

Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding Attorney at Law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of her own funds the following expenses properly chargeable to said estate, none of which have been repaid, and for which she prays reimbursement, to wit:

| | | |
|---|---|---|
| Notary and FedEx and 20 copies | $ | 42.10 |
| Copies | $ | 38.00 |
| Mileage | $ | 15.68 |
| Parking | $ | 30.00 |
| Postage | $ | 23.96 |
| TOTAL: | $ | 149.74 |

WHEREFORE, E. LYNN SCHOENMANN prays for such allowance for her services herein as the Court finds reasonable and just.

Dated this 10th day of May, 2017

                                           /s/ E. Lynn Schoenmann
                                           E. LYNN SCHOENMANN, TRUSTEE

# Compensation and Expenses Worksheet

**Case Number:** 12-32747 HLB
**Debtor:** THE ZUERCHER TRUST OF 1999

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:          $7,870,628.99

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|        |         |              |                      |            |
|--------|---------|--------------|----------------------|------------|
|        |         | $7,870,628.99 | 25% of First $5,000  | $1,250.00  |
| Less   | -       | $5,000.00    | ($1250 Maximum)      |            |
|        | Balance | $7,865,628.99 | 10% of Next $45,000  | $4,500.00  |
| Less   | -       | $45,000.00   | ($4,500 Maximum)     |            |
|        | Balance | $7,820,628.99 | 5% of Next $950,000  | $47,500.00 |
| Less   | -       | $950,000.00  | ($47,500 Maximum)    |            |
|        | Balance | $6,870,628.99 | 3% of Balance        | $206,118.87 |

TOTAL COMPENSATION CALCULATED:      $259,368.87

Less Previously Paid Compensation:      $110,291.79

**TOTAL COMPENSATION REQUESTED:**      **$125,000.00**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| Notary and FedEx and 20 copies 1 @ 42.10 / | $42.10 |
| [MLK Deed and closing documents] | |
| COPY: Copies 190 Pages @ 0.20 / Pages | $38.00 |
| MILEAG: Mileage 28 MILE @ 0.56 / MILE | $15.68 |
| PARKIN: Parking 1 EACH @ 30.00 / EACH | $30.00 |
| POST: Postage 21 Each @ 0.46 / Each | $9.66 |
| POST: Postage 6 Each @ 0.47 / Each | $2.82 |
| POST: Postage 1 Each @ 0.48 / Each | $0.48 |
| POST: Postage 1 Each @ 0.49 / Each | $0.49 |
| POST: Postage 1 Each @ 0.98 / Each | $0.98 |
| POST: Postage 2 Each @ 1.15 / Each | $2.30 |
| POST: Postage 2 Each @ 1.19 / Each | $2.38 |

| | |
|---|---|
| POST: Postage 1 Each @ 1.36 / Each | $1.36 |
| POST: Postage 1 Each @ 1.40 / Each | $1.40 |
| POST: Postage 1 Each @ 2.09 / Each | $2.09 |
| | |
| TOTAL EXPENSES CALCULATED: | $149.74 |
| Less Previously Paid Expenses: | $32.70 |
| **TOTAL EXPENSES REQUESTED:** | **$117.04** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$125,117.04** |

E. Lynn Schoenmann, Trustee
35 Miller Avenue #298
Mill Valley California 94941
Telephone: 415-569-4390
Facsimile: 415-362-0416
email: lschoenmann@earthlink.net

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **THE ZUERCHER TRUST OF 1999** | ) | **Case No. 12-32747 HLB** |
| | ) | |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## TRUSTEE'S SECOND INTERIM REPORT AND APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

_____

1    The Zuercher Trust of 1999  ("Debtor" or "Zuercher Trust") filed a voluntary petition

2   under Chapter 11 of the United States Bankruptcy Code on September 26, 2012.   On January 21,

3   2013, the Court entered an order approving the appointment of a Chapter 11 Trustee,  Peter S.

4   Kravitz.   On December 18, 2014 the Court converted the case from one under Chapter 11 to one

5   under Chapter 7 and Applicant was thereupon appointed Trustee.  This is Applicant's second

6   interim application for compensation.  By order entered on December 27, 2016 Applicant was

7   awarded first interim fees in an amount up to $118,668.87 as compensation based on

8   disbursements already made and disbursements made on or before December 31, 2016.  The

1

1  amount of $110,291.79, calculated pursuant to the Court's order, has been paid.  The maximum

2  compensation payable to Applicant pursuant to section 326 of the United States Bankruptcy

3  Code based on disbursements already made and disbursements proposed according to this

4  Second Interim Report is $245,869.  Applicant has received $110,292 as First Interim

5  Compensation, leaving $135,577 as prospectively payable as her Second Interim Compensation.

6  Applicant is herein requesting approval of $125,000 as Second Interim Compensation, plus

7  $116.24 in reimbursement of expenses.

8      Reference is made to Applicant's First Interim Report dated November 25, 2016 for a

9  history of the case and a detailed summary of activity through that date.

10     Subsequent thereto, the sale of 1919 Martin Luther King Jr. Boulevard in Oakland has

11  closed.  As a result of a highly competitive overbid auction, the final sales price reached

12  $4,690,000.  Net proceeds after commissions and other costs of sale amounted to $4,181,367.59.

13  The sale closed with the estate receiving those funds.  Applicant filed with the Court a report of

14  sale.

15     As noted in Applicant's First Interim Report,  Applicant reached a settlement with the

16  trustee of the Monica Hujazi bankruptcy estate which resulted in a fair division of assets between

17  the estates.  That settlement avoided the transfer of 1016 San Raymundo in Hillsborough, which

18  is currently occupied by Ms. Hujazi.  Through counsel, Applicant has requested that Ms. Hujazi

19  vacate the premises so that the property can be marketed for sale, but she has not done so.

20  Applicant is therefore preparing an action to remove Ms. Hujazi from the property.

21     Also pursuant to that settlement, the Hujazi Trustee, as the managing member of SF

22  Corners LLC, agreed to the allowance of a general unsecured claim in the SF Corners

2

1    bankruptcy case in the amount of $650,000 in favor of the Zuercher Trustee and her estate. In

2    the event that the SF Corners estate is dismissed, the Hujazi Trustee has agreed that the proceeds

3    of the sale of the Ellis Street property (titled in SF Corners) will be segregated so that the

4    $650,000 claim will be paid pro rata with other SF Corners creditors. The claim remains

5    pending and is anticipated to be paid in the normal course of administration of the Hujazi estate.

6       Applicant has reviewed all claims filed in this estate. Chapter 7 and chapter 11 bar dates

7    were set and have passed. All chapter 11 and chapter 7 administrative claims have been paid in

8    full. Applicant is currently holding $2,832,331 of cash in the estate, which cash balances are

9    subject to payment of bank service fees. Applicant is now proposing to make a partial

10    distribution to allowed general unsecured claims of approximately 8%, in order to minimize

11    those fees, reserving $450,000 for payment of accrued professional fees and as a reserve against

12    objectionable claims not proposed for payment herewith.

13       Although some of the claims against Zuercher Trust appear to be related to debts incurred

14    directly by Monica Hujazi, those claims are not barred here due to the Bankruptcy Court's prior

15    rulings. In the November 30, 2015, Order Granting Summary Judgment in Monica Hujazi's

16    individual bankruptcy case, In re Hujazi, Case No. 13-30477-HLB, the Bankruptcy Court ruled

17    that "(t)he Zuercher Trust of 1999 is a self-settled trust created by Ms. Hujazi, for which she is

18    the sole beneficiary. Accordingly, Ms. Hujazi's creditors can seek satisfaction from the trust.

19    Doing so does not render such creditors' claims the subject of a bona fide dispute." (13-30477

20    Dkt. No. 341, at 12.) Pursuant to that ruling, claims related to debts incurred directly by Ms.

21    Hujazi may be asserted as valid claims against the Zuercher Trust.

22       In the Northern District of California, a creditor's recovery against Ms. Hujazi in her

3

1   individual bankruptcy case will not prevent that creditor's recovery against the Zuercher Trust

2   (and vice versa). The Supreme Court in Ivanhoe Bldg. & Loan Ass'n v. Orr, 295 U.S. 243, 245-

3   46 (1935), addressed this issue, holding that a creditor is not required to deduct from her claim in

4   bankruptcy an amount received from a non-debtor in partial satisfaction of the owed amount.

5   Ivanhoe, as applied by Carlson, J. in this district, establishes that a creditor who obtains a partial

6   recovery from a (non-debtor) co-obligor is not required to reduce the claim against the debtor in

7   bankruptcy. In re Biaggio, 496 B.R. 600, 601 (N.D. Cal. Bankr. 2012). Under Ivanhoe and

8   Biaggio, creditors of Ms. Hujazi and Zuercher Trust may therefore assert their claims in full

9   against both co-debtors, regardless of their potential recovery in one case or the other. Applicant

10   is coordinating with the Hujazi Trustee regarding claims that are present in both cases to avoid

11   the payment of any claim at more than its full value.

12       Claim No. 14, Daniel Bramzon, is proposed for partial allowance premised on a tentative

13   settlement reached by the Chapter 11 Trustee and the representatives of the Valdovinos class

14   action. The settlement provides that the class would have a $500,000 allowed claim with the

15   remainder subordinated to general unsecured creditors. Should the class not accept the

16   settlement, or should the Court not approve a 9019 motion related to the settlement, the claim

17   will not receive payment through this interim report.

18       Applicant's Second Interim Report with a detailed accounting of Applicant's

19   administration of the estate to date, including United States Trustee Forms 1 and 2 and Proposed

20   Distribution, are submitted herewith.

21       Applicant's time records are attached hereto.

22       Applicant requests approval of Second Interim Compensation in the amount of $125,000

4

1        and Second Interim Reimbursement of Expenses of $116.24.


Respectfully submitted,


_____        Dated: May 2, 2017
E. Lynn Schoenmann, Trustee

5

May 02, 2017

| | | | Hrs |
|---|---|---|---|
| 1/2/2015 | ELS | General<br>emails from/to receiver; emails to professionals re meeting | 0.10 |
| | ELS | General<br>email re tolling agreement Luscutoff | 0.10 |
| 1/5/2015 | ELS | General<br>email from Mr. Koegel re Luscutoff tolling agreement | 0.10 |
| | ELS | General<br>email from Mr. Wiseblood re Bayshore sale status | 0.10 |
| | ELS | General<br>emails from/to Mr. Koegel re status of conflicts, representation, status generally | 0.30 |
| | ELS | General<br>emails from/to Mr. Wiseblood re Bayshore buyer | 0.20 |
| | ELS | General<br>Review of Bayshore sale documents. Phone cons prospective buyer, Old Republic Title. emails from/to Mr. Koegel | 1.50 |
| 1/6/2015 | ELS | General<br>Calls to Mr. Sheridan, Bayshore listing agent | 0.20 |
| 1/7/2015 | ELS | General<br>Phone con Bayshore listing agent | 0.50 |
| | ELS | General<br>email from Mr. Koegel re Bayshore sale | 0.10 |
| | ELS | General<br>email to/from Mr. Koegel re Bayshore sale, representation, status of conflicts check | 0.20 |

| | | | Hrs. |
|---|---|---|---|
| 1/7/2015 | ELS | General<br>Phone con Mr. Wiseblood re status Bayshore sale; emails from Mr. Wiseblood re same | 0.50 |
| 1/8/2015 | ELS | General<br>Receive, review appeal motion | 0.20 |
| | ELS | General<br>Review of documents. Phone con management company re retention Bayshore; receive, review management agreement; phone con Mr. Kass; phone con Mr. Koegel; review listing agreement, extension agreements; phone con Ms. O'Hara, lender; review receivership properties, order; review Chicago Title profiles receiver properties, Hillsborough, San mateo properties | 3.00 |
| | ELS | General<br>Phone con Mr. Koegel re mootness of appeal | 0.10 |
| | ELS | General<br>email to Mr. Benson re valuation various properties | 0.10 |
| 1/12/2015 | ELS | General<br>email re funding Bayshore; phone con title officer; call to title co counsel; emails to/from Mr. Koegel | 0.50 |
| 1/13/2015 | ELS | General<br>Attention to closing Bayshore; phone cons buyer, escrow, buyer's broker, listing agent; call to Mr. Koegel | 1.00 |
| 1/22/2015 | ELS | General<br>Process, execute various tax forms | 0.20 |
| | ELS | General<br>Attention to closing issues Bayshore property. Phone con lender, various individuals Old Republic Title. emails, phone calls, to /from Mr. Koegel re issues relating to funding. | 1.50 |
| 1/27/2015 | ELS | General<br>emails to escrow re closing documents | 0.10 |
| | ELS | General<br>emails from/to Mr. Miller re status 2400 Bayshore | 0.20 |
| | ELS | General<br>Phone con listing agent re status closing issue, loan funding | 0.30 |
| 1/29/2015 | ELS | General<br>Review, execute counsel employment documents; attention to 2400 Bayshore closing issues; emails from/to Mr. Koegel, escrow | 1.50 |
| 2/25/2015 | ELS | General<br>Reconcile bank statements | 0.30 |

|            |     |         | Hrs  |
|------------|-----|---------|------|

3/9/2015 ELS  General     **0.30**
emails from/to Mr. Ward, Mr. Koegel re closing issues, closing docs, notarized grant deed

ELS  General     **0.30**
Receive, review, execute declaration re closing

3/11/2015 ELS  General     **0.50**
Review claims register.  emails to/from Mr. Koegel re sale hearing; representation issues AP; solvency analysis; review same, Mr. Crom's comments re same

3/12/2015 ELS  General     **1.00**
Attend hearing re approval of sale, meeting Mr. Koegel re review of claims filed

ELS  General     **0.30**
emails to/from escrow re closing issues

ELS  General     **0.50**
Review tentative opinion re MSJ

ELS  General     **0.30**
emails to/from Mr. Koegel, escrow re closing

3/13/2015 ELS  General     **2.00**
Work on rents, closing issues; receive, review various closing documents; emails from/to counsel, escrow re same

3/17/2015 ELS  General     **4.00**
Work on closing issues, documents

3/18/2015 ELS  General     **1.50**
Final closing documents; review revised estimated closing statement; emails from/to counsel, title company, Mr. Crom; submit wire transfer instructions; prepare and submit final closing documents

ELS  General     **0.50**
emails from/to counsel, title company, other interested parties re emergency BAP appeal filed re stay

3/19/2015 ELS  General     **0.20**
emails from/to counsel, buyer, ORTC re failure to close

ELS  General     **0.30**
Attention to closing issues; emails from/to buyer's rep, Mr. Koegel; email re BAP denial

3/24/2015 ELS  General     **0.20**
Phone con Mr. Sheridan

|  |  |  | Hrs |
|---|---|---|---|
| 3/24/2015 | ELS | General<br>Call from Ms. Loo,, call to Ms. Martin re MOR | 0.20 |
|  | ELS | General<br>Call to Mr. Koegel re 341 | 0.10 |
|  | ELS | General<br>email from Mr. Koegel re litigation matters, 341 | 0.30 |
|  | ELS | General<br>email from Mr. Koegel re claims | 0.10 |
| 3/25/2015 | ELS | General<br>email from Mr. Koegel re 341 | 0.10 |
|  | ELS | General<br>Review petition, schedules, file re prep for 341 | 3.00 |
|  | ELS | General<br>email from Ms. Boyce re conference call; email from Mr. Koegel re claim objection on file; emails to property management company re March rents | 0.50 |
| 3/26/2015 | ELS | General<br>email from UST re court reporter transcript | 0.10 |
|  | ELS | General<br>emails from/to Mr. Koegel re claims objections; communications with creditors; 341 meeting of creditors | 4.00 |
| 3/30/2015 | ELS | General<br>emails from/to counsel re conference call | 0.10 |
|  | ELS | General<br>attention to transmittal of funds, property management company, final rent remittance; contact management company re appropriate account to credit | 0.50 |
|  | ELS | General<br>emails from/to Mr. Sheridan re marketing of real estate | 0.10 |
| 3/31/2015 | ELS | General<br>Conference call with counsel, ch 11 trustee counsel; review of documents; phone con Mr. Koegel; email to prior counsel re property valuations | 1.50 |
| 4/2/2015 | ELS | General<br>Review closing statement 2400 Bayshore; post gross/net | 0.50 |
|  | ELS | General<br>Review correspondence counsel to ch 11 trustee; emails to/from mr. Benson re valuations; phone con mr. Koegel re status; review property profiles/ review claims register; phone cons Mr. Koegel, ch 11 counsel | 2.50 |

|  |  | Hrs |
|---|---|---|
|  | re special litigation counsel |  |
| 4/2/2015 ELS | General<br>Attention to receipt final rents Bayshore; emails from/to property manager/ forward forms to Mr. Crom for MOR | 0.50 |
| 4/30/2015 ELS | General<br>Reconcile bank statements | 0.30 |
| 5/4/2015 ELS | General<br>email to Mr. Koegel re meeting | 0.10 |
| ELS | General<br>email to Mr. Koegel re meeting | 0.10 |
| 5/30/2015 ELS | General<br>Receive, review pleadings re retention of EBG as special litigation counsel; execute employment application , forward to Mr. Koegel; email to Mr. Koegel re meeting | 0.50 |
| 6/4/2015 ELS | General<br>Discussions Mr. Koegel re receiver fees | 0.20 |
| 6/11/2015 ELS | General<br>Meeting counsel, Mr. Crom, re review of case | 2.00 |
| 8/3/2015 ELS | General<br>Receive, review, execute escrow instructions | 0.10 |
| 8/4/2015 ELS | General<br>Review issue of unpaid liens Bayshore sale; emails from/to Mr. Koegel re same; attention to tracing garbage lien payment | 0.50 |
| 8/7/2015 ELS | General<br>Attention to issues re unpaid liens Bayshore property; emails from/to counsel re same | 0.30 |
| 8/10/2015 ELS | General<br>email from Mr. Crom re substantive consolidation; review authority cited | 0.30 |
| 8/25/2015 ELS | General<br>Reconcile bank statements | 0.30 |
| 9/16/2015 ELS | General<br>Receive, review, execute tax returns, requests for favorable determination | 0.50 |
| 9/17/2015 ELS | General<br>Reconcile bank statements | 0.30 |
| 9/28/2015 ELS | General<br>emails re status appeal Bayshore | 0.20 |

| | | | Hrs |
|---|---|---|---|
| 9/29/2015 ELS | General | emails to/from Mr. Koegel re status Bayshore appeal | 0.20 |
| 10/14/2015 ELS | General | Receive, review Receiver report | 0.30 |
| 10/15/2015 ELS | General | Reconcile bank statemenst | 0.30 |
| 11/5/2015 ELS | General | emails from/to Mr. Koegel re trial | 0.10 |
| ELS | General | email to/from Mr. Koegel re trial | 0.10 |
| 11/16/2015 ELS | General | emails from/to Mr. Koegel re AP issues | 0.30 |
| 11/17/2015 ELS | General | email from Mr. Koegel re implications of revocation of corporate status, AP defendants | 0.10 |
| ELS | General | emails from Mr. Koegel, Mr. Crom re suspended corporation reinstatement | 0.10 |
| 11/18/2015 ELS | General | Reconcile bank statements | 0.30 |
| 11/19/2015 ELS | General | Receive, review progress billings special counsel | 0.20 |
| 11/30/2015 ELS | General | email from/to Mr. Koegel re status, MSJ order, consolidation issues | 0.50 |
| 12/10/2015 ELS | General | emails from/to Mr. Koegel re involuntary, trustee appointment; phone con Ms. Hoskins re Hijazi case; email from Mr. Koegel | 0.50 |
| 12/30/2015 ELS | General | Review of various documents, MOR, issue re closing of Bayshore property; emails from/to Mr. Koegel re same; phone con Mr. Benson re same; phone con buyer's rep | 1.50 |
| 12/31/2015 ELS | General | emails from Mr. Koegel re Luscutoff matter | 0.20 |
| 1/8/2016 ELS | General | Reconcile bank statements | 0.30 |
| 1/22/2016 ELS | General | emails from/to Mr. Koegel re appeals, status | 0.20 |

| | | | Hrs. |
|---|---|---|---|
| 1/25/2016 ELS | General<br>Work on UST TIR, set up of asssets; email to Mr. Koegel re various issues | | 0.50 |
| ELS | General<br>Reconcile bank statements | | 0.30 |
| 1/26/2016 ELS | General<br>Phone con Mr. Koegel re review of assets, status of liquidation of same, attention to TIR and Form 1 | | 0.50 |
| 1/27/2016 ELS | General<br>email from Ms. Wirum re no distribution; adjust TIR accordingly | | 0.20 |
| 1/29/2016 ELS | General<br>emails from Mr. Koegel re involuntary schedules filed; review same; phone con Mr. Koegel re consolidation issues | | 1.00 |
| 2/2/2016 ELS | General<br>emails from/to Mr. Koegel re dismissal Capital One AP; review, confirm agreement | | 0.20 |
| 2/3/2016 ELS | General<br>Phone con Mr. Koegel re status | | 0.20 |
| 2/22/2016 ELS | General<br>Reconcile bank statements | | 0.30 |
| 2/29/2016 ELS | General<br>Review correspondence Ms. Boyce re turnover of records; email to Mr. Koegel re same | | 0.10 |
| 3/2/2016 ELS | General<br>Phone con Mr. Koegel re special litigation counsel, consolidation issues | | 0.30 |
| 3/7/2016 ELS | General<br>UST audit | | 1.00 |
| 3/10/2016 ELS | General<br>Discussions Mr. Koegel re status | | 0.50 |
| 3/15/2016 ELS | General<br>Receive, review, execute tax returns | | 0.30 |
| 4/6/2016 ELS | General<br>Reconcile bank statements | | 0.30 |
| 5/6/2016 ELS | General<br>emails from/to Mr. Koegel re Innocenti, tax issues, opposing R/S re SF Corners; set up meeting | | 0.20 |

|  | | | Hrs |
|---|---|---|---|
| 5/10/2016 | ELS | General<br>Meeting Mr. Crom, Mr. Koegel | 2.00 |
|  | ELS | General<br>emails from/to Mr. Koegel, Mr. Crom re settlement proposals Hujazi<br>trustee; tax issues; RS issues | 0.50 |
| 5/11/2016 | ELS | General<br>Research re Mission valuation; emails from/to Mr. Koegel re broker<br>conflicts, status R/S | 0.50 |
| 5/19/2016 | ELS | General<br>Phone con Mr. Koegel re status conference; status; meeting;settlement<br>meeting | 0.50 |
| 5/24/2016 | ELS | General<br>Work on settlement demand; review draft, propose revisions; emails<br>from/to counsel, Mr. Crom re settlement conference, tax returns, tax<br>issues | 1.00 |
| 5/25/2016 | ELS | General<br>emails from/to counsel, Mr. Crom re settlement demand; review<br>revisions thereto | 0.50 |
|  | ELS | General<br>Prep for settlement conference | 0.50 |
| 5/26/2016 | ELS | General<br>Settlement conference Hujazi estate | 4.00 |
|  | ELS | General<br>emails from/to Mr. Crom re settlement | 0.10 |
| 5/30/2016 | ELS | General<br>Reconcile bank statements | 0.30 |
| 6/2/2016 | ELS | General<br>emails from/to Mr. Koegel re listing Mission property; review pleadings<br>re same; research re broker; phone cons Mr. McGue re listing,<br>marketing Mission property; review status conference | 1.50 |
| 6/6/2016 | ELS | General<br>Receive, review proposed listing agreement Mission property; phone<br>con Mr. McGue; emails to Mr. Koegel | 0.50 |
| 6/7/2016 | ELS | General<br>emails from/to Mr. McGue; set up Mission site inspection | 0.20 |
| 6/9/2016 | ELS | General<br>On site meeting Mr. McGue 3201 Mission; review marketing package;<br>call to Mr. Koegel re timing of MLS marketing, vacancy issues, receiver<br>issues | 2.50 |

|          |     |                                                                                                                                         | Hrs  |
|----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------|------|
| 6/9/2016 | ELS | General<br>Review offering memorandum draft; phone con, emails Mr. McGue                                                                 | 0.50 |
| 6/13/2016 | ELS | General<br>emails from/to Mr. McCue re listing 3201 Mission                                                                             | 0.10 |
| 6/14/2016 | ELS | General<br>Attention to listing, marketing 3201 Mission; emails from/to Mr. Koegel, Mr. McGue re revisions to listing agreement          | 0.50 |
|          | ELS | General<br>Receive, review billings from Ms. Boyce                                                                                       | 0.20 |
| 6/16/2016 | ELS | General<br>Attention to listing 3201 Mission; review, execute listing agreement, disclosures, approve disclosure package; forward to Mr. McGue | 0.80 |
| 6/29/2016 | ELS | General<br>Receive, review offer Mission property; email to Mr. McGue, counsel re same, note necessary counter provisions                | 0.50 |
| 7/5/2016 | ELS | General<br>Review offer; email to mr. McGue with counter issues; conference call Mr. McGue, counsel, Mr. Crom                           | 1.00 |
| 7/7/2016 | ELS | General<br>emails from/to Mr. Koegel re settlement agreement with Hujazi trustee; review same                                           | 0.50 |
| 7/11/2016 | ELS | General<br>Receive, review final draft of Hujazi settlement agreement; execute same, forward to Mr. Koegel                              | 0.30 |
|          | ELS | General<br>emails from/to Mr. McGue re leasing of vacant unit Mission property                                                           | 0.20 |
| 7/14/2016 | ELS | General<br>Receive, review declaration re 1019 motion; execute same; emails from/to Mr. Koegel re same                                  | 0.50 |
| 7/18/2016 | ELS | General<br>emails from/to counsel, Mr. McGue re status of Mission marketing; discussions re price reduction, RS status, lienholder expenses; authorize price reduction to $4.8 | 0.50 |
| 7/19/2016 | ELS | General<br>emails from/to counsel re 9019 motion                                                                                        | 0.20 |
|          | ELS | General<br>email from Mr. McGue re addendum to listing agreement for price reduction                                                     | 0.10 |

| | | | Hrs. |
|---|---|---|---|
| 7/20/2016 | ELS | General<br>emails from/to Mr. McGue re reduction in list price; execute, forward addendum to listing agreement | 0.10 |
| 7/23/2016 | ELS | General<br>emails from/to Mr. McGue re price reduction; review disclosures, listing documents, approve same; emails from/to Mr. McGue re increased marketing interest | 0.50 |
| 7/26/2016 | ELS | General<br>Review offer Mission property; emails to counsel, Mr. McGue re same; phone con Mr. McGue re possible counter, additional showings | 0.50 |
| 7/27/2016 | ELS | General<br>Phone con Mr. McGue re status of offers; counter offer; emails to/from Mr. Koegel re counter of addendum | 0.40 |
| 7/28/2016 | ELS | General<br>Review of Mr. Koegel's response re addendum, counter; further review of offer, consideration of counter; emails to/from Mr. McGue, Mr. Koegel re counter, detail supporting $400k in lender expenses; conference call Mr. McGue, Mr.Koegel, emails to/from Mr. Crom re tax consequences on sale | 1.00 |
| 8/1/2016 | ELS | General<br>emails to/from Mr. Koegel, Mr. McGue re Hujazi calls; emails re status of 3201 sale | 0.30 |
| 8/4/2016 | ELS | General<br>Attend hearing telephonically re Hujazi settlement | 1.00 |
| 8/10/2016 | ELS | General<br>email from Mr. Koegel re status of turnover of Hudazi estate properties; phone con counsel re management of Hillsborough, MLK properties; email to Mr. Benson re listings; review UST requirements for operating | 1.50 |
| 8/12/2016 | ELS | General<br>Review pleadings, orders re receiver, property management MLK property | 0.30 |
| 8/16/2016 | ELS | General<br>Review operating issues MLK, Hillsborough properties; emails from/to Mr. Koegel, phone con Ms. Loo re operating order and MOR's; email to Ms. Loo re same; call to Mr. Koegel re same | 1.00 |
| 8/22/2016 | ELS | General<br>emails to/from Mr. Koegel re MLK, Hillsborough properties | 0.30 |
| 8/29/2016 | ELS | General<br>Reconcile bank statements | 0.30 |
| 9/2/2016 | ELS | General<br>Review application for continued retention of receiver, property manager, MLK property; review, execute declaration re same; phone | 0.50 |

con Ms. Hujazi; email to Mr. Koegel re call from Ms. Hujazi

| Date | Init. | Category | Description | Hrs. |
|---|---|---|---|---|
| 9/8/2016 | ELS | General | email from Ms. Hujazi re BofA issue; emails to/from Mr. Koegel re same | 0.30 |
| | ELS | General | email from Mr. Koegel re UST query re employment of property manager MLK; review, respond to same | 0.50 |
| 9/16/2016 | ELS | General | Review docket re employment of property manager; emails to Mr. Koegel re status marketing | 0.30 |
| 9/20/2016 | ELS | General | Call from broker re Mission property | 0.10 |
| 9/26/2016 | ELS | General | emails from counsel re Hujazi occupancy of Hillsborough residence, insurance issues | 0.10 |
| | ELS | General | Reconcile bank statements | 0.30 |
| 9/27/2016 | ELS | General | emails from counsel re insurance Hillsborough house; review files re receiver, property manager contact info | 0.40 |
| 9/29/2016 | ELS | General | Review of agreements re asset updates; update UST forms, review receivership; call to Mr. Koegel | 1.50 |
| 10/3/2016 | ELS | General | Phone con Mr. Stapleton re MLK property; arrange inspection; email to Mr. Benson; emails from/to Mr. Koegel | 0.50 |
| 10/4/2016 | ELS | General | emails from/to Mr. Benson re MLK inspection | 0.10 |
| | ELS | General | Phone con Mr. Koegel re marketing of MLK, Hillsborough; review proof of insurance Hillsborough; review of claims register; discussion Mr. Koegel re ch 11 bar date, interim report and interim distribution | 0.60 |
| | ELS | General | emails from/to Mr. Stapleton, Mr. Benson re inspection of MLK | 0.20 |
| 10/17/2016 | ELS | General | On site meeting with property manager, Mr. Benson, MLK Oakland property | 2.50 |
| 10/18/2016 | ELS | General | Discussion Mr. Benson re marketing Oakland MLK property | 0.50 |

| | | | Hrs |
|---|---|---|---|
| 10/18/2016 | ELS | General<br>emails to/from Mr. Koegel re ch 11 bar date; emails from/to Mr. Koegel, Mr. Benson re appointment for inspection of Hillsborough property | 0.30 |
| | ELS | General<br>Review of files re valuation of MLK, liens | 0.50 |
| | ELS | General<br>emails from/to counsel, Mr. Benson re inspection Hillsborough property | 0.20 |
| 10/19/2016 | ELS | General<br>emails from/to Mr. Benson, counsel re Hillsborough inspection | 0.10 |
| 10/20/2016 | ELS | General<br>Reconcile bank statements | 0.30 |
| | ELS | General<br>Phone con Mr. Benson re MLK pricing, interest | 0.20 |
| 10/21/2016 | ELS | General<br>emails from/to Mr. Crom, counsel re ch 11 bar date, interim account | 0.20 |
| 10/22/2016 | ELS | General<br>emails from/to Mr. Benson re MLK listing; receive, review listing agreement, execute same; discussions re pricing | 0.50 |
| 10/24/2016 | ELS | General<br>Receive, review, approve BCC interim fee application | 0.30 |
| | ELS | General<br>emails from/to Mr. Benson re MLS listing of MLK | 0.20 |
| 10/25/2016 | ELS | General<br>emails from/to Mr. Benson, Mr. Koegel re employment MLK listing; attempted call to Ms. Hujazi | 0.30 |
| 10/26/2016 | ELS | General<br>Receive, review pleadings re employment of Mr. Benson MLK marketing and sale; execute application for employment Mr. Benson | 0.30 |
| | ELS | General<br>emails to Ms. Hujazi, Mr. Koegel, Mr. Benson re Hillsborough property | 0.20 |
| 10/31/2016 | ELS | General<br>emails from/to counsel, Mr. Benson re marketing Hillsborough property | 0.20 |
| 11/2/2016 | ELS | General<br>Receive, review order approving employment Mr. Benson; emails to/from Mr. Benson re marketing MLK | 0.20 |
| 11/3/2016 | ELS | General<br>email from Mr. Benson re MLS MLK property | 0.10 |

|  |  |  | Hrs |
|---|---|---|---|
| 11/7/2016 | ELS | General<br>emails from/to Mr. Benson re MLK marketing, debtor communications | 0.20 |
| 11/10/2016 | ELS | General<br>Receive, review MLK offer. Phone con Mr. Benson re same. email to Mr. Koegel re interim fee application | 0.50 |
| 11/11/2016 | ELS | General<br>Attention to offers MLK property; emails, discussions Mr. Benson re showings; discussions Mr. Benson re offers; receive, review three competing offers; emails from/to Mr. Koegel re MLK property generally, interim account | 2.00 |
| 11/12/2016 | ELS | General<br>Attention to MLK sale. Review offers. Execute acceptance of Sigg offer of $3.4 million subject to overbids, forward to Mr. Benson, Mr. Koegel. emails from/to Mr. Benson re timing, terms of overbids, terms of sale, notice issues. | 1.00 |
| 11/14/2016 | ELS | General<br>Attention to MLK sale. discussions Mr. Benson, emails Mr. Koegel re overbid, auction procedures. | 1.00 |
| 11/15/2016 | ELS | General<br>Further attention to MLK sale. Conference call Mr. Benson, Mr. Koegel. Evaluation of bids, overbid auction. Agree on procedures for auction. | 1.00 |
|  | ELS | General<br>Reconcile bank statements | 0.30 |
| 11/16/2016 | ELS | General<br>Attention to overbid procedures MLK sale; phone con Mr. Sweet re same; emails from Mr. Koegel re same | 0.30 |
|  | ELS | General<br>Discussions Mr. Koegel re overbid auction, set date, procedures; email to Mr. Benson re same | 1.00 |
| 11/17/2016 | ELS | General<br>emails from/to Mr. Benson re overbid auction; phone con Mr. Benson re same | 0.20 |
| 11/18/2016 | ELS | General<br>emails from/to Mr. Koegel re funds on hand | 0.10 |
|  | ELS | General<br>emails from/to Mr. Koegel re interim applications, ch 11 claims1 | 0.30 |
| 11/21/2016 | ELS | General<br>Attention to MLK auction, sale. emails from/to Mr. Benson, Mr. Koegel. Review procedures. emails to/from Ms. Lam re tax issues on sale, liens of record. Review preliminary title report. emails re liens. Resolve | 2.00 |

overbid procedures.

| | | | | |
|---|---|---|---|---|
| 11/21/2016 | ELS | General | 2.50 |
| | | Attention to interim account. Review of docket re ch 11 admin claims. Prepare, forward proposed distribution to Mr. Koegel for review. Review of ch 11 admin claims. | |

| 11/22/2016 | ELS | General | 1.50 |
|---|---|---|---|
| | | Attention to MLK overbid procedures. emails from/to Mr. Benson Mr. Koegel re same. Review pleadings. Review overbids. Review status of liens of record. Review prospective estate recovery | |

| 11/23/2016 | ELS | General | 2.00 |
|---|---|---|---|
| | | Work on overbid procedures, discussions, emails Mr. Koegel re motion for MLK sale; emails to/from Mr. Koegel, Mr. Benson re liens of record, title report, overbid procedures | |

| 11/25/2016 | ELS | General | 3.00 |
|---|---|---|---|
| | | Work on interim fee application, narrative | |

| 11/29/2016 | ELS | General | 1.50 |
|---|---|---|---|
| | | Review final interim report; emails from/to Mr. Koegel re Cloobeck issues; forward final proposed distribution to Mr. Koegel | |

| | ELS | General | 1.50 |
|---|---|---|---|
| | | Attention to interim report, filing, notice. emails from/to Mr. Koegel re interim report, chapter 7 counsel fees. emails from/to Mr. Benson, Mr. Koegel re liens MLK property. | |

| 11/30/2016 | ELS | General | 0.80 |
|---|---|---|---|
| | | emails from/to, discussion with Mr. Koegel re anticipated chapter 7 fee apps, interim report. File interim. email to UST with notice. | |

| | ELS | General | 0.10 |
|---|---|---|---|
| | | emails from Mr. Benson, Mr. Koegel re disclosure package | |

| 12/1/2016 | ELS | General | 0.10 |
|---|---|---|---|
| | | email from Mr. Benson re lien on MLK | |

| | ELS | General | 0.10 |
|---|---|---|---|
| | | Review notice re hearing on interim, calendar same | |

| 12/2/2016 | ELS | General | 1.50 |
|---|---|---|---|
| | | emails from/to Mr. Koegel re BKG chapter 7 fee app; receive fee app from BKG; consideration of request for shortened time for hearing; received, review stipulation; execute same; review BCC analysis of CCSF claims, allocation at 7/11; review Ms. Huan-Lau request for amended claim, emails to counsel, Mr. Crom re same | |

| | ELS | General | 0.50 |
|---|---|---|---|
| | | Receive, review BKG ch 7 special litigation counsel fee app; emails from/to counsel, review emails to court, re shortened time for hearing | |

| | | | Hrs |
|---|---|---|---|
| | | with interim account; review, sign stipulation agreeing to same | |
| 12/3/2016 ELS | General | emails from/to Mr. Koegel, Mr. Benson re liens MLK; auction procedures; receive, review MB script for auction; receive, review preliminary title report MLK | 0.50 |
| 12/4/2016 ELS | General | emails from/to Mr. Benson, Mr. Koegel re auction procedures; review TK revisions to script | 0.50 |
| 12/5/2016 ELS | General | emails from/to Mr. Benson, Mr. Koegel re auction procedures | 0.30 |
| 12/6/2016 ELS | General | email from Mr. Benson with bidders at deadline; review same; emails from Mr. Koegel, Mr. Benson re ongoing lien search; emails clarifying bidding procedures, qualifications of bidders | 0.50 |
| 12/7/2016 ELS | General | Overbid auction MLK property | 4.00 |
| 12/10/2016 ELS | General | Reconcile bank statements | 0.30 |
| 12/20/2016 ELS | General | emails from/to Mr. Koegel re response to Gubner settlement suggestion; review emails to/from court | 0.30 |
| 12/24/2016 ELS | General | email from Mr. Koegel re orders approving 7 and 11 fees; review same | 0.30 |
| 12/27/2016 ELS | General | Review amended order re compensation. emails from/to Mr. Koegel re same | 0.40 |
| 12/28/2016 ELS | General | Review of orders re interim account and analysis of potential interim distributions | 1.00 |
| 12/29/2016 ELS | General | Attention to orders re interim fee application. Review docket for interim orders. Work on revisions to proposed distribution to reflect court ruling. emails to Mr. Koegel re same. Process, prepare checks for payment of admin claims approved. | 2.00 |
| ELS | General | | |
| 12/30/2016 ELS | General | Review docket for orders re fee applications. Process payments approved admin claims. emails from/to Mr. Koegel re court order on interim trustee compensation | 0.50 |

| | | | Hrs |
|---|---|---|---|
| 1/4/2017 ELS | General<br>email from Ms. Lam re CCSF payment; review same | | 0.20 |
| 1/5/2017 ELS | General<br>Attention to CCSF claim. Review same, email to Ms. Lam, Mr. Koegel re same. email to Mr. Koegel re impact on 326 commission calculations. Receive, review email Ms. Boyce re certification on fee application; review certification language, review limited objection; email to Mr. Koegel re proposed alternative responses | | 0.50 |
| 1/10/2017 ELS | General<br>email from Mr. Koegel re settlement offer; review same; discussions Mr. Koegel re same | | 0.40 |
| 1/11/2017 ELS | General<br>emails, discussion Mr. Koegel re response to counsel settlement offer re fee objection | | 0.30 |
| 1/12/2017 ELS | General<br>Attention to closing issues MLK; emails from Mr. Koegel, Ms. Suarez, Ms. Ross re reconveyance, form of order | | 0.30 |
| ELS | General<br>Bond premium payment | | 0.10 |
| 1/13/2017 ELS | General<br>email from Mr. Benson re closing | | 0.10 |
| ELS | General<br>Receive, review receiver report | | 0.20 |
| 1/18/2017 ELS | General<br>emails from Mr. Benson, Mr. Koegel re buyer request for insurance info; email from Mr. Koegel re status of release; attention to MLK closing | | 0.30 |
| ELS | General<br>Review correspondence re CCSF claim; address system issues | | 0.80 |
| 1/19/2017 ELS | General<br>emails from Mr. Koegel, Ms. Ross re closing issues | | 0.20 |
| 1/21/2017 ELS | General<br>Reconcile bank statements | | 0.30 |
| 1/23/2017 ELS | General<br>Attention to closing MLK sale; emails from/to Ms. Ross, Mr. Crom ,Ms. Lam re withholding on sale, tax attributes and liability | | 0.30 |
| 1/24/2017 ELS | General<br>Attention to closing issues MLK sale. emails from/to Ms. Ross, Mr. Koegel re release of lien, certified order approving sale, other matters | | 0.30 |

.

|  |  |  | Hrs |
|---|---|---|---|
| 1/25/2017 ELS | General | | 0.30 |
| | Attention to closing MLK sale. email from Mr. Koegel re withdrawal of bk petition and of Lis Pendens. email from Ms. Ross. email from Mr. Koegel re certified copy of order, other matters | | |
| 1/26/2017 ELS | General | | 0.30 |
| | emails from/to Mr. Koegel re ch 11 trustee fee app; review same; review order re fees, note for payment | | |
| 1/27/2017 ELS | General | | 1.50 |
| | Attention to closing MLK sale. emails from/to Ms. Ross, Mr. Koegel, Mr. Benson re closing docs, estimated closing statement, issues re obtaining release of lien. Review of closing documents | | |
| ELS | General | | 0.20 |
| | email from Ms. Bryce re ch 11 trustee fees; review proposed order | | |
| 1/28/2017 ELS | General | | 0.40 |
| | Review closing documents. emails to escrow re errors in case number, address. Query re tax documents, affidavit re owner disclosures. | | |
| | General | | 2.50 |
| | Receive, review revised closing documents. emails from/to Mr. Benson, Ms. Ross re change in rent rolls. emails to/from Ms. Lam, escrow re proper ID of seller, tax liability attaching to Ms. Hujazi. Further revisions closing documents. Execute docs, obtain notary, forward to Ms. Ross via Fed Ex for Tuesday closing. | | |
| ELS | General | | 0.10 |
| | email from Mr. Koegel re form of order ch 11 trustee fees | | |
| 1/31/2017 ELS | General | | 0.50 |
| | Work on Interim Report | | |
| 2/1/2017 ELS | General | | 0.30 |
| | emails from/to Mr. Koegel, Mr. Crom re Hujazi records | | |
| ELS | General | | 0.30 |
| | emails from/to Mr. Benson, Mr. Koegel, receive counsel re closing of MLK sale, notification to receiver | | |
| 2/2/2017 ELS | General | | 0.50 |
| | Receive, review revised settlement statement, revised tax forms, 1919 MLK closing. Approve same forward to escrow. emails from/to receiver, Mr. Benson , Mr. Koegel re receipt, credit of rents | | |
| 2/13/2017 ELS | General | | 0.80 |
| | Prepare, file report of sale MLK | | |
| ELS | General | | 0.50 |
| | Review claims, cash balances, prospective bank fees re further interim distribution. emails from/to Mr. Koegel, Mr. Crom re same. | | |

| | | | Hrs |
|---|---|---|---|
| 2/14/2017 ELS | General | | 0.20 |
| | emails to/from Mr. Koegel, Mr. Crom re further interim distribution | | |
| 2/15/2017 ELS | General | | 0.80 |
| | Respond to requests from receiver property manager for info re MLK closing. emails from/to property manager, counsel, escrow. Forward closing statement. emails re prorations of utilities et al | | |
| 2/16/2017 ELS | General | | 0.30 |
| | Reconcile bank statements | | |
| 2/27/2017 ELS | General | | 0.30 |
| | Review, execute tax returns, requests for favorable determination | | |
| ELS | General | | 0.10 |
| | Receive, review recorded Affidavit - Death of Trustee re MLK sale | | |
| 3/6/2017 ELS | General | | 0.50 |
| | Review orders re Brutzkus fee apps. Review case re further interim distributions. emails to Mr. Koegel | | |
| 3/9/2017 ELS | General | | 0.30 |
| | emails from/to Mr. Koegel re ch 11 counsel inquiry re payment; review bank ledger to confirm December payment; query re Hillsborough status, further interim | | |
| 3/15/2017 ELS | General | | 0.50 |
| | Review claims in prep for further interim payment | | |
| ELS | General | | 0.50 |
| | Review, analysis of claims register | | |
| 3/16/2017 ELS | General | | 0.30 |
| | emails to/from Mr. Koegel re meeting re claims; issues re claims; request for turnover San Raymundo property; set up meeting | | |
| 3/22/2017 ELS | General | | 0.20 |
| | email from Mr. Koegel re Coleman claim; review same | | |
| 3/23/2017 ELS | General | | 0.50 |
| | email from Mr. Koegel with order re Coleman claim; review same; email to Mr. Koegel re same | | |
| 3/24/2017 ELS | General | | 0.20 |
| | Work on TIR review response | | |
| 3/25/2017 ELS | General | | 0.30 |
| | Reconcile bank statements | | |
| 3/28/2017 ELS | General | | 0.50 |
| | Meeting with counsel to review claims register | | |

|  |  |  | Hrs |
|---|---|---|---|
| 3/29/2017 | ELS | General<br>Review moving papers receiver fee application MLK; emails from/to Mr. Koegel re same; email from Mr. Laffredi re operating order, research re same, respond to Mr. Laffredi's inquiry | 1.20 |
|  | ELS | General<br>email from Mr. Koegel re WinWin claim | 0.10 |
|  | ELS | General<br>Review order, emails re Coleman admin claim. Approve for payment | 0.30 |
| 3/30/2017 | ELS | General<br>Prepare payment Coleman claim | 0.30 |
| 4/4/2017 | ELS | General<br>Receive, review notice of hearing on receiver's final account; note funds to estate | 0.20 |
| 4/21/2017 | ELS | General<br>Review receiver final report; emails from/to Mr. Koegel re same | 0.30 |
| 4/22/2017 | ELS | General<br>email from Mr. Benson re status Hillsborough property | 0.10 |
|  | ELS | General<br>emails from Mr. Koegel, Mr. Benson re status of removal of Ms. Hujazi from Hillsborough property | 0.10 |
| 4/25/2017 | ELS | General<br>Review of all claims for interim distribution. Prepare summary. email to Mr. Koegel re request for direction certain claims, objectionable claim. | 2.50 |
|  | ELS | General<br>emails to/from Mr. Crom, Mr. Koegel re interim distribution hold-back professional fees | 0.10 |
|  | ELS | General<br>Receive, review notice of Hujazi appeal of BAP decision Win Win matter | 0.20 |
|  | ELS | General<br>Reconcile bank statements | 0.30 |
| 4/27/2017 | ELS | General<br>Prepare updated proposed interim distribution, interim report and account. Forward to Mr. Koegel for review; emails to/from Mr. Koegel | 1.50 |
| 5/1/2017 | ELS | General<br>Finalize 2nd Interim; edit time records; prepare narrative summary, UST forms | 2.50 |
|  |  |  | 169.20 |