CROWELL & MORING LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com)
Rebecca M. Suarez (CSB No. 284853, rsuarez@crowell.com)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for E. Lynn Schoenmann,
Chapter 7 Trustee

Signed and Filed: June 20, 2017

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ZUERCHER TRUST OF 1999;<br><br>   Debtor, | Case No. 12-32747 HLB<br><br>Chapter 7<br><br>**ORDER OVERRULING OBJECTION OF DEBTOR TO THE APPLICATION OF TRUSTEE FOR COMPENSATION AND TO SECOND INTERIM REPORT; AND APPROVING TRUSTEE'S SECOND INTERIM REPORT AND REQUEST FOR COMPENSATION**<br><br>Judge: Hon. Hannah L. Blumenstiel<br>Date: June 8, 2017<br>Time: 10:00 a.m.<br>Courtroom 19 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-904512487.3

ORDER OVERRULING OBJECTION TO APP. FOR COMPENSATION; AND OBJECTION TO SECOND INTERIM REPORT; CASE NO. 12-32747 HLB

Case: 12-32747    Doc# 976    Filed: 06/20/17    Entered: 06/20/17 11:55:08    Page 1 of 3

On June 1, 2017, an "Objection to the Application of Trustee for Compensation; and Objection to Second Interim Report" (Docket No. 967) (the "Objection") was filed in the name of the Debtor and of Monica Hujazi and directed to the "Trustee's Second Interim Report" (Docket No. 959)("the Interim Report") and to the "Second Interim Application of Trustee for Compensation" (Docket No. 960)( the "Interim Compensation Application"), both filed on May 10, 2017, by E. Lynn Schoenmann, Chapter 7 Trustee of the Bankruptcy Estate of Zuercher Trust of 1999 (the "Chapter 7 Trustee"). The Chapter 7 Trustee filed a response to the Objection on June 6, 2017 (Docket No. 968).

On June 8, 2017, at 10:00 a.m., the above-referenced matters came on for hearing before the Court. The Chapter 7 Trustee appeared, as did her counsel Thomas F. Koegel of Crowell & Moring LLP. The following parties appeared telephonically: Objecting parties appeared by Bradley Kass of Kass & Kass Law Offices. Elsa M. Horowitz of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, appeared for creditor Win Win Alexandria Union, LLC. Yale K. Kim of Allen Matkins Leck Gamble Mallory & Natsis LLP appeared for creditor Lion Brownstone, LLC.

For the reasons stated on the record, it is hereby ORDERED as follows:

1. Notice of the Interim Compensation Application and of the opportunity to object to the Second Interim Report was properly given.

2. The Objection is overruled.

///
///
///
///
///
///
///
///

2705824.1
SFACTIVE-904512487.3
-2-
ORDER OVERRULING OBJECTION TO APP. FOR COMPENSATION; AND OBJECTION TO SECOND INTERIM REPORT: CASE NO. 12-32747 HLB

Case: 12-32747  Doc# 976  Filed: 06/20/17  Entered: 06/20/17 11:55:08  Page 2 of 3

CROWELL & MORING LLP
ATTORNEYS AT LAW

3. The Interim Compensation Application and the Second Interim Report are approved, and the Trustee's fees in the amount of $125,000.00 and costs in the amount of $149.74 are allowed.

*** END OF ORDER ***

APPROVED AS TO FORM:

Dated: June   , 2017						KASS & KASS LAW OFFICES


								By:_____
								    Bradley Kass, Attorneys for objecting
								    parties

Dated: June 11, 2017						WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP



								By:_____/s/_____
								    Elsa Horowitz, Attorneys for creditor
								    Win Win Alexandria Union, LLC

Dated: June 11, 2017						ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP



								By: _____/s/_____
								     Yale K. Kim, Attorneys for creditor
								     Lion Brownstone, LLC

2705824.1
SFACTIVE-904512487.3
-3-
ORDER OVERRULING OBJECTION TO APP. FOR COMPENSATION; AND OBJECTION TO SECOND INTERIM REPORT; CASE NO. 12-32747 HLB

Case: 12-32747    Doc# 976    Filed: 06/20/17    Entered: 06/20/17 11:55:08    Page 3 of 3

CROWELL & MORING LLP
ATTORNEYS AT LAW